IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UMUKIJA MICKLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File |
| vs. | ) | No.:  1:24-cv-00183-MHC |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S DISCLOSURE OF EXPERT WITNESS AND DISCOVERY
SUPPLEMENTATION**

COMES NOW, Defendant WalMart Stores East, LP ("Defendant"), and

files its Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)1)(A), 26(a)(2)(B) and

Local Rule 26.2(c).

1.

Defendant shall rely on the expert testimony of:

Toni Elhoms, CCS, CPC, CPMA, CRC
1540 International Pkwy, Ste 2000
Lake Mary, FL  32746
(407) 536-5151

Curriculum Vitae is attached as Exhibit "A" per Fed. R. Civ. P. 26(a)(2)(B)(iv).

Ms. Elhoms is prepared to testify that amounts charged for healthcare provided to

the Plaintiff purportedly as a result of the subject incident are grossly in excess of

what is usually and customarily charged for them.  Specifically, Ms. Elhoms has
reviewed Plaintiff's bills from Ortho Sport & Spine and Orthopedic Surgery Center
of Sandy Springs and is expected to review any additional bills produced by
Plaintiff in this re-filed suit.

2.

Per Fed. R. Civ. P. 26(a)(2)(B)(i)(ii) and (iii), Ms. Elhoms' preliminary
disclosure report regarding healthcare costs charged to Plaintiff Umukija Mickle is
attached as Exhibit "B".  Facts and data replied upon are listed in the report as are
the imaging and records exhibits/items Ms. Elhoms has reviewed and relied upon
to date; Ms. Elhoms may review and provide an opinion on any additional bills
produced by Plaintiff in this re-filed suit, in which case, Defendant will promptly
supplement this disclosure.  Ms. Elhoms' opinions and observations are
incorporated by reference herein.

3.

A list of testimony provided by Ms. Elhoms for the past four years is
attached as Exhibit "C" per Fed. R. Civ. P. 26(a)(2)(B)(v).

4.

Per Fed. R. Civ. P. 26(a)(2)(B)(iv), Ms. Elhoms has not yet billed Defendant
but upon information previously obtained, defendant believes that the initial data
set up and review shall be approximately $5,700.  Generally, Ms. Elhoms charges

$500 an hour for her work as more specifically set forth in her rate sheet which is part of Exhibit A.  Defendant expects to call Ms. Elhoms to testify by video deposition which will be scheduled in the next 60 days.

5.

Defendant supplements its Initial Disclosures, specifically No. 6 and Attachments A and B.  Per this disclosure, Defendant identifies Toni Elhoms, CCS, CPC, CPMA, CRC as an expert witness and incorporates all exhibits attached to this disclosure as part of its Rule 26 Disclosures.

This 11th day of April, 2024.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

*Kayla Bell*
Rakhi D. McNeill
(State Bar No.  601029)
Kayla Bell
(State Bar No. 669286)
*Attorneys for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
rmcneill@waldonadelman.com
kbell@waldonadelman.com

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned hereby certify that the foregoing pleading complies with the font and point selections approved by the Court and Local Rule 5.1B.  The foregoing pleading has been prepared in 14 point Times New Roman font.

This 11th day of April, 2024.

WALDON ADELMAN CASTILLA
MCNAMARA & PROUT

*Kayla Bell*
Rakhi D. McNeill
(State Bar No.  601029)
Kayla Bell
(State Bar No. 669286)
*Attorneys for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
rmcneill@waldonadelman.com
kbell@waldonadelman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing pleading with the Clerk of the Court using an O.C.G.A. § 15-6-11 electronic filing service provider which will automatically send e-mail notification of such filing to the following attorney(s) of record:

> Austin M. Hiffa, Esq.
> Morgan and Morgan
> 178 S Main Street
> Ste 300
> Alpharetta, GA 30009
> ahiffa@forthepeople.com

This 11th day of April, 2024.

> WALDON ADELMAN CASTILLA
> MCNAMARA & PROUT
>
> _Kayla Bell_
> Rakhi D. McNeill
> (State Bar No.  601029)
> Kayla Bell
> (State Bar No. 669286)
> *Attorneys for Defendant*

900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
rmcneill@waldonadelman.com
kbell@waldonadelman.com

# - EXHIBIT A -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**PROFESSIONAL SPEAKING ENGAGEMENTS**

- ❖ Telehealth and Medicine Today
- ❖ Medical Group Management Association
- ❖ American Academy of Professional Coders
- ❖ University of Texas – Austin
- ❖ University of Montana
- ❖ Florida Health Information Management Association
- ❖ Colorado Medical Society
- ❖ ProfEdOnDemand
- ❖ Conference Panel
- ❖ FDA Educator
- ❖ Peritum Alliance

- ❖ American Health Information Management Association
- ❖ National Society of Certified Healthcare Business Consultants

- ❖ Colorado Department of Public Health and Environment
- ❖ Colorado Association for School Based Health Centers
- ❖ Texas Department of State Health Services
- ❖ Professional Assoc. of Health Care Office Management
- ❖ National Family Planning and Reproductive Health Assoc.
- ❖ National Alliance of Medical Auditing Specialists
- ❖ DC Health Information Management Association
- ❖ Webinar Planet
- ❖ AudioEducator
- ❖ American Association of Oral and Maxillofacial Surgeons (AAOMS)

**NATIONAL PUBLICATIONS**

**National Alliance of Medical Auditing Specialists**
- ❖ "Navigating the UPIC Investigation from a Compliance Consultant's Perspective"
- ❖ "Mastering Remote Monitoring Compliance in 2022"
- ❖ "What To Do When a Provider Reports All E/M Levels Solely Based on Time"

**AAPC Healthcare Business Monthly – December 2020 Edition**
- ❖ "10 Tips for Refining Your Coding Productivity and Efficiency"

**AAPC Healthcare Business Monthly – January 2020 Edition**
- ❖ "Coding for Social Determinants of Health"

**Georgia Defense Lawyer Association Magazine – Winter 2022 Edition**
- ❖ "How to Get the Most Out of Your Expert Witness"

**RESPECTIVE ARTICLE CONTRIBUTIONS AS A SUBJECT MATTER EXPERT (SME)**

**Healthcare Financial Management Association**
- ❖ "Implement these 6 safeguards against fraud accusations in telehealth"

**Medical Economics**
- ❖ "How Physician Documentation and Coding can combat the Opioid Crisis"
- ❖ "The 2022 Coding Guide"
- ❖ "Use These Two CPT Modifiers to get Paid Correctly"
- ❖ "How to Avoid Medical Necessity Denials"
- ❖ "Get Paid What You're Owed"
- ❖ "Coding experts share their top E/M tips to boost revenue, mitigate compliance risk"
- ❖ "Six tips to getting paid for CPT modifiers"
- ❖ "Boost Revenue by Getting Coding right"
- ❖ "How to generate revenue, improve patient care with behavioral health integration"
- ❖ "Gain revenue, boost quality scores by overcoming barriers to longitudinal comprehensive care"
- ❖ "Overlooked Codes Physicians should consider"
- ❖ "Telehealth Coding Guide"

**AAPC Healthcare Business Monthly – December 2020 Edition**
- ❖ "Officer Spotlight – President of the Orlando, Florida Local Chapter"

# - EXHIBIT A -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Solution Reach**
- ❖ "New CPT codes for online digital E/M services help physicians move the needle on healthcare consumerism"

**Becker's Hospital CFO Report**
- ❖ "4 ways to prevent claim denials due to incorrect evaluation and management code levels"

**The Coding Institute (TCI)**
- ❖ "Orthopedic Coding Alert" July 2020, Vol. 23, No. 7
- ❖ "Pain Management Coding Alert" January 2020, Vol. 7, No. 1
- ❖ "Neurology & Pain Management Coding Alert" June 2020, Vol. 22, No. 6

**For The Record**
- ❖ "Coding Corner: Days of Our Lives — A Dive Inside the Intricacies of the Two-Midnight Rule" July/Aug 2020 Vol. 32 No. 4 P. 6

**RX Vantage**
- ❖ "Seven tips for compliant oncology coding"

**Kareo**
- ❖ "5 Things Every Mental Health Provider Needs to know about Telehealth During COVID-19"

## VOLUNTEER WORK
- ❖ Editorial Advisory Board Member for The Coding Institute (TCI)
- ❖ 2020 Elected President Orlando, FL AAPC Chapter
- ❖ 2021 Elected President Orlando, FL AAPC Chapter
- ❖ 2020 and 2021 Florida Co-Ambassador for the Telehealth and Medicine Today Journal
- ❖ Creator and Host of the Alpha Coding Podcast series – Medical Coding and Billing Pro-Tips

## CORE COMPETENCIES
Public speaking, leadership, strategic planning, C-Suite engagement, communication, collaboration, team building, training, critical thinking, building strong relationships, operational decision making, conceptual thinking, adaptability, conflict resolution

## PROFESSIONAL EXPERIENCE
**Alpha Coding Experts, LLC | Lake Mary, FL**
**Founder and CEO**                                                                      **June 2019 – Present**
- ❖ Chief Executive Officer for national medical coding and compliance consultancy
- ❖ Senior consultant for all supported specialties
- ❖ Provide high-level healthcare business advisory support
- ❖ Conduct revenue integrity assessments, compliance audits
- ❖ Present specialty trainings and educational seminars
- ❖ Establish fee schedule methodologies and rates
- ❖ Develop reimbursement strategies and workflows
- ❖ Work on behalf of medical practices to obtain/negotiate managed care contracts with third-party payers
- ❖ Conduct due diligence assessments for mergers and acquisitions

**AccuMed HealthCare Research, LLC | Denver, CO**
**Medical Coding and Billing Expert (Independent Contractor)**                          **September 2019 - Present**
- ❖ Coding and Billing expert
- ❖ Analysis of medical bills and their value
- ❖ Expert witness

# - EXHIBIT A -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Doctors Management and National Alliance of Medical Auditing Specialists | Knoxville, TN**

**Compliance Auditor**                                                                                         **November 2021 - Present**

- ❖ Conduct compliance audits for various medical specialties
- ❖ Create compliance and auditing content for NAMAS
- ❖ Professional Speaker
- ❖ Faculty member for the NAMAS 2021 Conference
- ❖ Faculty member for the NAMAS 2022 Conference

**Harmony Healthcare | Tampa, FL**

**Coding Audit and Education Consultant**                                                          **June 2019 – September 2019**

- ❖ Contract consultant assigned to Sutter Health (health system) in Northern California
- ❖ Conducted compliance audits using statistically valid sampling including OIG RAT STATS

**RT Welter & Associates | Arvada, CO**

**Director of Coding and Compliance**                                                                        **2011 – May 2019**

- ❖ Senior consultant for all specialties over diverse healthcare settings including Level 1 trauma facilities, teaching facilities, long-term care, and acute care hospitals, ASCs, SNFs, rural health, FQHCs, physician-owned practices, payers, and medical device companies
- ❖ Senior trainer and educator
- ❖ Compliance and RCM consulting and audits with process review and reporting analysis
- ❖ DRG and facility coding expertise
- ❖ Conducted compliance audits – E&M, surgical, procedural, focused, retrospective, prospective, and documentation audits
- ❖ Managed a team of coders, auditors, and billers (teams of off-site and remote employees)
- ❖ HR, payroll, disciplinary action, reviews, training and hiring for all managed employees
- ❖ Extensive auditing, coding, and billing experience in a wide variety of specialties including Orthopedic Surgery, Spine Surgery, Neurosurgery, General Surgery, Oncology and Hematology, OBGYN, Primary Care, Endocrinology, Pain Management, Neurology, Urology, Hospital Medicine, and Critical Care, etc.
- ❖ Developed new service lines and products
- ❖ CPC certification course co-instructor
- ❖ Public Health and Title X trainer and educator
- ❖ Central Coding/Billing Office construction and efficiency audits
- ❖ Developed provider friendly EMR templates for compliant provider documentation and coding
- ❖ Developed physician/provider fee schedules and set fee schedule methodologies utilizing the usual, customary, and reasonable (UCR) methodology
- ❖ Conducted compliance audits using statistically valid sampling including OIG RAT STATS
- ❖ Conducted cost analyses, developed profit/loss statements, revenue, and expense projections, etc.
- ❖ Negotiated with managed care plans on behalf of medical providers
- ❖ Trained and mentored a network of coders across the country
- ❖ Managed budget for the department and all associated services lines
- ❖ Developed and presented materials and education to coding staff and physicians
- ❖ ICD-10 mapping projects for insurance companies

**Hand Surgery Associates | Denver, CO**

**Medical Coding and Billing Specialist**                                                                                         **2011**

- ❖ Coded, posted, and audited daily procedure and surgery charges
- ❖ Account Lead for Medicare, UHC, Humana, and Cigna

# - EXHIBIT A -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Kymera Independent Physicians | Roswell, NM**
**Medical Coding and Billing Specialist**                                                                                          **2009 – 2011**
- ❖ Coded procedures and diagnoses for patient charts in aspects such as diagnostic testing, labs, referrals, billing consults, chemotherapy, claims submissions, etc.
- ❖ Trained physicians on coding and documentation rules
- ❖ Kymera liaison with Quest Diagnostics and handled all billing, laboratory, and coding inquires

**ELECTRONIC MEDICAL RECORD AND PRACTICE MANAGEMENT EXPERIENCE**

Epic; All Scripts; Athena; Practice Partners; Greenway; Cerner; NextGen; Centricity; Insight; EClinical Works; Healthland; MicroMD; Meditech; Medical Manager.

**PROFESSIONAL CERTIFICATIONS AND MEMBERSHIPS**
- ❖ American Academy of Professional Coders: Certified Professional Coder (CPC)
- ❖ American Academy of Professional Coders: Certified Professional Medical Auditor (CPMA)
- ❖ American Academy of Professional Coders: Certified Risk Adjustment Coder (CRC)
- ❖ American Health Information Management Association: Certified Coding Specialist (CCS)
- ❖ American Health Information Management Association: AHIMA-Approved ICD-10 CM/PCS Trainer
- ❖ Florida Health Information Management Association (FHIMA)
- ❖ AAPC Orlando, FL Chapter – Past President
- ❖ National Alliance of Medical Auditing Specialists

**CONTINUING EDUCATION UNITS (CEUs)**
**American Health Information Management Association**
- ❖ 20 CEUs required to maintain credentials every two years
**American Academy of Professional Coders**
- ❖ 44 CEUs required to maintain credentials every two years

**EDUCATION**

**Eastern New Mexico University- Roswell**
**Associate of Arts Degree in Business Administration with Honors**                                                    **2010 – 2012**
- ❖ Accolades: Phi Theta Kappa, Dean's List, Who's Who Among Students, Honors Graduate
- ❖ Courses of study included: Economics, Accounting, Finance, Statistics
- ❖ Additional courses taken prior to coding certifications included: Medical Terminology, Pharmacology, Anatomy and Physiology

# - EXHIBIT A -

## Expert Witness – Fee Schedule

- Bill Analysis: Historical Analysis of Billed Charges ...................................................$1,750 + 1% of billed charges

- Bill Audit: Review and Analysis of Historical Bills ...................................................$2,250 + 2% of billed charges

- Medical Cost Projection: Estimate of Reasonable Value of Future Medical Care....................................$2,950

- Bill Analysis or Bill Audit + Medical Cost Projection ......................................$1,500 + Cost of Historical Analysis

- Rebuttal Opinion: Response to Opposing Expert Opinion .......................................................$2,000

- + Rush Fee: For expedited work, if necessary .........................................................................$1,000

- Hourly Rate[1].......................................................................................................$ 500/hour

- Deposition Appearance or Video Testimony (first four hours)[2,3]..........................................................$2,000

- Courtroom Appearance[3] ..............................................................................$ 4,000/day

- Day Travel...........................................................................................$ 400/hour

- Overnight Travel.....................................................................................$ 1,000 per night

- Travel expenses (paid in advance)............................................................................ at cost

- Special mailing services (UPS, USPS, FedEx, and courier) ....................................................... at cost

- Printing ...........................................................................................................at cost

- Other expenses incurred at the direction of either party (plaintiff or defense)........................................ at cost

[1] Hourly rates are billed in 15-minute increments.
[2] Depositions, in the absence of a stated end time, are invoiced for the first four hours and billed at $500/hr thereafter.
[3] Expert Witness must be notified of dates of deposition and/or trial at least three weeks in advance. Additionally, Expert Witness must be notified of a canceled or rescheduled trial or deposition at least one week in advance to avoid a cancellation fee of 75% of invoice.



- Exhibit B -

## Waldon Adelman Castilla Hiestand and Prout

900 Circle 75 Pkwy
Atlanta, GA 30339

March 9, 2023

Regarding: Expert Opinion of Medical Coding and Value of Umukija Mickle's Medical Bills

**Summary and Conclusion of My Opinions**
I have been asked to determine if the bills received by Umukija Mickle abide by standard billing and coding practices based on CPT coding guidelines applicable to services provided in the state of Georgia. In arriving at my opinion, I reviewed bills and records for treatment from March 16, 2022 to December 14, 2022. The total amount of billed charges reviewed is $173,626.89. Of the $173,626.89 in billed charges, I found $25,425.19 in billed charges that did not comply with correct billing and coding practices. The Code Review table on page two of the enclosed report, Exhibit D, provides additional details of the code review.

I have also analyzed the medical bills received by Umukija Mickle and reported my findings in the report titled "Bill Audit - Review and Analysis of Historical Bills" (Exhibit D) enclosed with this letter. This analysis was performed based on the location of Dacula, GA (identified on page two of the enclosed report).

I have developed this report based on my review of the medical bills from the rendering providers. A summary of these providers, including the names of the providers and the total billed charges is listed on page two of Exhibit D. The Value Analysis table outlines the bills – with billed charges totaling $173,626.89. This analysis relies on the medical billing and procedural codes that were reported on the medical bills to pull historical billed charges from providers from our databases of the same or similar procedures. In instances where coding noncompliance was found, the analysis relies on the corrected procedural codes to pull historical billed charges from the databases.  My opinions in this case are being rendered to a reasonable degree of certainty in the fields of medical coding, billing, and fee analysis.

My independent analysis of Umukija Mickle's medical bills includes the median (50th percentile) and reasonable (80th percentile) values compared to the actual billed amount totaling $173,626.89. The total median and reasonable values are $75,184 and $95,242 respectively.

**Summary of Expert Credentials**
I am an internationally known speaker and recognized subject matter expert in medical billing, medical coding, medical auditing, and medical fee analysis.  I hold multiple credentials with the American Health Information Management Association (AHIMA) and the American Academy of Professional Coders (AAPC).  Certification by AHIMA and the AAPC are the gold standard for certified expertise in the industry.  I am a Certified Professional Coder (CPC), Certified Professional Medical Auditor (CPMA), Certified Risk Adjustment Coder (CRC), Certified Coding Specialist (CCS), and a designated American Health Information Management Association (AHIMA) Approved ICD-10-Clinical Modification (CM) and Procedure Coding System (PCS) Trainer and Ambassador. I am a member of the American Academy of Professional Coders (AAPC) and the former elected President of the Orlando, Florida Chapter of the AAPC from 2020-2021. Additionally, I am a member of the American Health Information Management Association (AHIMA) and an active chapter member of the Florida Health Information Management Association (FHIMA). In total, I have been working in the field of medical billing, coding, and medical fee analysis for over 10 years.

As part of maintaining affiliation and current certifications with AAPC, I am required to obtain 44 CEUs (Continuing Education Units) every two years to remain an active member and in good standing with the organization. As part of maintaining affiliation and current certifications with AHIMA, I am required to obtain 20 CEUs (Continuing Education Units) every two years in addition to passing mandatory annual self-reviews on current code sets to remain an active member and in good standing with the organization.

As a medical billing and coding professional, I have conducted thousands of expert reviews of medical records and medical bills at the request of medical providers of all specialties, ambulatory surgery centers, hospitals, teaching facilities, law firms, government agencies, and universities.

**About Alpha Coding Experts**
Alpha Coding Experts (ACE) is a national consulting firm specializing in the business of medicine.  ACE provides highly specialized revenue cycle management and compliance expertise and support to various settings, including (but not limited to):  Physicians, Hospitals, Health Systems, Accountable Care Organizations, Integrated Delivery Networks, Independent Physician Associations, Medical Societies, Rural Health Clinics, Federally Qualified Health Centers, Commercial Insurance Payers, Attorneys/Law Firms, Medical Device Companies, Universities, Teaching Facilities, Residency Programs, Government Agencies, Medical Associations, Private Equity Firms, Professional Associations, Software Companies, etc.  ACE regularly conducts revenue integrity assessments, training, education, compliance audits, due diligence assessments, and many other services related to healthcare operational and financial initiatives.

**About AccuMed Healthcare Research**
AccuMed is a healthcare data analytics company that specializes in providing transparency into healthcare billed charges. AccuMed maintains a database of over 1.1 million providers located throughout the United States. The database is comprised of over 30 distinct data sets containing actual billed charges sourced from providers' fee schedules and chargemasters. The aggregate database contains information on approximately 6.7 billion patient encounters; representing approximately five trillion dollars in billed medical services. AccuMed regularly vets the data sets we use at our company. Before it incorporates a new data set, AccuMed sample tests the accuracy against known values from independently verifiable sources. For example, in the course of business, AccuMed regularly receives bills from hospitals. AccuMed takes these bills and cross checks the billed amounts from the hospitals with what we see in new data sets for that specific hospital.

**AccuMed's Database**
The company's database includes the following data sets:
  a. *Professional, DME, ASC, and Diagnostic Testing Center Data*
     Data related to professional providers, durable medical equipment, ambulatory surgery centers, and diagnostic testing facilities are sourced from publicly available Federal government databases; the Provider Utilization and Payment Data: Physician and Other Supplier Public Use File ("Physician and Other Supplier PUF") and Referring Durable Medical Equipment, Prosthetics, Orthotics and Supplies Public Use File ("Referring Provider DMEPOS PUF") are both sourced from the U.S. Department of Health and Human Services. The databases are based on submission data and contains information on provider fee schedules. The data sets detail the provider, the place of service, the specific Healthcare Common Procedure Coding System "HCPCS" code (which includes Common Procedural Terminology "CPT®" codes) that was billed, and the charge for that code. AccuMed also references Optum360's National Fee Analyzer for charge data for professionals, radiology clinics, and laboratories.

  b. *Hospital Data*
     Data related to hospitals are sourced from the National Inpatient Sample of the Healthcare Cost and Utilization Project (the "HCUP NIS"), which is sponsored by the Agency for Healthcare Research and Quality ("AHRQ" is an Agency in the US Department of Health and Human Services), as well as the American Hospital Directory. AHRQ classifies the data in the HCUP NIS as Protected Health Information ("PHI") under the HIPAA

Privacy Rule, 45 C.F.R. § 160.103. Therefore, one condition in gaining access to the HCUP NIS is the user must agree not to release or disclose information that can directly or indirectly identify individual patients. AccuMed only discloses calculated values consisting of 11 or more patients in order to not endanger PHI.

c.  *Inflation Data*
When necessary, the billed charges in the databases are inflated or deflated to match the year needed in the analysis. These inflation rates are sourced from the Bureau of Labor Statistics' ("BLS") monthly CPI Reports for Medical Care. Professional providers' billed charges are inflated according to BLS' Medical Care: Professional Services rates. Facilities' billed charges are inflated according to Medical Care: Hospital and Related Services rates. Website: https://www.bls.gov/cpi/tables/supplemental-files/home.htm

**Methodologies**
My opinions are based on over 13 years of relevant experience in medical billing, medical coding, and medical fee analysis.  During my career, I have analyzed thousands of medical bills, including inpatient and outpatient services, to ascertain compliance with correct coding and billing practices and that the billed charges reflect market value rates.  I have spoken at many national conferences, universities, and government entities on matters related to coding, billing, and reimbursement.  I have been published in various nationally recognized publications and resources, which included extensive peer-review by experts in my field.  I have been retained as an advisor by many healthcare providers across the United States on developing fee schedules, evaluating prevailing rates, and establishing fee schedules that reflect usual, customary, and reasonable (UCR) rates.

Medical Coding is the process of translating healthcare diagnoses, procedures, medical services, supplies, and equipment into universal alphanumeric codes.  Medical coders extract information from the patient's medical record and translate them into standardized codes (HCPCS, CPT, DRG, ICD-10-CM, ICD-10-PCS) based on documentation provided in the patient's medical record. Medical Billing is the process of facilitating coded claims with insurance companies and third-party payers to receive payment for services rendered by a qualified healthcare provider. Medical fee analysis involves developing fee schedule methodologies, evaluating fee schedules (i.e. chargemasters) to determine the value of services, benchmarking, comparative analyses using national and local rates, analytical modeling, etc.  Data analytics involves extracting insights and trends from raw data. Through analysis conclusions are drawn regarding the information in question, enabling informed decision-making.  Valuation involves determining the market value of an item or service using distinct approaches and methodologies.

Medical service providers charge for their services using several coding systems developed by the World Health Organization, the U.S. Department of Health and Human Services, and the American Medical Association (AMA). When charging for a medical service, providers are required to list appropriate codes identifying the services performed. The AMA publishes the Current Procedural Terminology (CPT) manual annually. The CPT manual is utilized to determine the appropriate code(s) and modifier(s) to list on each line item of the bill or claim form. The CPT nomenclature is an alphanumeric coding system with two-digit add on descriptors (modifiers) that designate medical services. The CPT nomenclature is the most widely-accepted method of communicating descriptions of procedures and services that have been provided to patients. CPT coding is the foundation of medical coding and billing throughout the United States.

Healthcare Common Procedure Coding System (HCPCS) is divided into two principal subsystems, referred to as level I and level II of the HCPCS. Level I of the HCPCS is comprised of Current Procedural Terminology (CPT-4). The CPT-4 is a uniform coding system consisting of descriptive terms and identifying codes that are used primarily to identify medical services and procedures furnished by physicians and other health care professionals. These healthcare professionals use the CPT-4 to identify services and procedures for which they bill. Level I of the HCPCS, the CPT-4 codes, does not include codes needed to separately report medical items or services that are regularly billed by suppliers other than physicians. Level II of the HCPCS is a standardized coding system that is used primarily to identify

products, supplies, and services not included in the CPT-4 codes, such as ambulance services and durable medical equipment, prosthetics, orthotics, and supplies (DMEPOS) when used outside a physician's office.

Comprehensive/Composite Ambulatory Payment Classifications (C-APCs) apply to outpatient surgery, outpatient clinics, emergency department services, observation services, outpatient testing (e.g., radiology, nuclear medicine imaging), and therapies (e.g., certain drugs, intravenous infusion therapies, blood products). Each C-APC is comprised of services which are similar in clinical intensity, resource utilization and cost. C-APCs are identified by HCPCS codes with assigned (OPSI) outpatient status indicators. All secondary services are considered packaged within the C-APC. All applicable codes are placed into C-APCs based on clinical family.

Ambulatory surgical centers (ASCs) are reimbursed based on a combination of physician and hospital billing principles, which utilize CPT, HCPCS, ICD-10 PCS, and revenue codes. Revenue codes are four-digit codes used to classify types of services and represent the services provided by the ASC facility.

Inpatient services are evaluated and reimbursed based on diagnosis-related groups (DRGs). This system is a per-case reimbursement mechanism under which inpatient admission cases are divided into categories called diagnosis related groups. In this prospective payment system, the insurance company pays hospitals a flat rate per case for inpatient hospital care so that efficient hospitals are rewarded for their efficiency and inefficient hospitals have an incentive to become more efficient. A key part of DRGs is the categorization of medical and surgical services. The DRGs "bundle" services (labor and non-labor resources) that are needed to treat a patient with a particular disease. The DRG payment rates cover most routine operating costs attributable to patient care, including routine nursing services, room and board, and diagnostic and ancillary services.

The American Medical Association (AMA) defines Usual, Customary, and Reasonable (UCR) as:  "usual; fee means that fee usually charged, for a given service, by an individual physician to his private patient (i.e., his own usual fee); a fee is 'customary' when it is within the range of usual fees currently charged by physicians of similar training and experience, for the same service within the same specific and limited geographical area; and a fee is 'reasonable' when it meets the above two criteria and is justifiable, considering the special circumstances of the particular case in question, without regard to payments that have been discounted under governmental or private plans." Additionally, the AMA takes the position that "there is no relationship between the Medicare fee schedule and Usual, Customary and Reasonable Fees."

I have also relied on databases that contain billed charges from healthcare providers that have performed the same or similar services to those mentioned above. These databases are supplied by the Healthcare Cost and Utilization Project, administered by the Agency for Healthcare Research and Quality, the US Department of Health and Human Services, Optum360's National Fee Analyzer, Optum360's RevCyclePro, Optum360's EncoderPro, and the American Hospital Directory.

Additionally, I have relied on the National Plan & Provider Enumeration System (NPPES) database to ascertain entity type, provider specialty designation, applicable taxonomy codes, National Provider Identifier (NPI) number, NPI type, NPI status, enumeration date, addresses, other identifiers, etc.

The report includes detailed analyses with comparison data of billed charges for a patient receiving similar care in a specific geographic area based on the dates of service outlined in the medical bills. This analysis has not been performed based on independent assumptions. In formulation of this opinion, I have relied solely on the medical bills and other documents supplied to me by retaining counsel. I do not opine to the patient's financial status or resources to obtain care. This analysis includes billed/charged amounts only.

***50th Percentile of Billed Charges***

The medical bills are compared to an amount that includes the median percentage of procedures performed by similar providers. To calculate the 50th percentile, 50% of the time the charges are below that resulting value and 50% of the time the charges are above that value.

### 75th Percentile of Billed Charges

The medical bills are compared to an amount that includes a significant percentage of procedures performed by similar providers. To calculate the 75th percentile, 25% of the charges are equal to or higher than that value.

### 80th Percentile of Billed Charges

The medical bills are compared to an amount that includes a significant percentage of procedures performed by similar providers. To calculate the 80th percentile, 20% of the charges are equal to or higher than that value. The 80th percentile method for valuing medical bills is an acceptable metric utilized by experts in the healthcare industry to determine a "usual, customary, and reasonable" amount between two uncontracted parties, such as a patient and a provider.

The analysis includes data for the 50th and 80th percentiles to provide transparency with a baseline for median billed charges data as well as the usual, customary, and reasonable metric, to ensure accessibility to healthcare and recommended treatment.  Of note, Optum360's National Fee Analyzer does not publish the 80th percentile values. Thus, in instances where I've referenced Optum360's National Fee Analyzer as the data source, I utilized the 75th percentile values, which I've found to be generally comparable.

### Bill Audit and Bill Analysis

This analysis was conducted based on billed charges detailed on the patient's medical bills. Billed charges serve as a standard benchmark as this data represents the charge for treatment, regardless of the payer of treatment. The analysis of billed charges for professional providers, durable medical equipment, ambulatory surgery centers, and diagnostic testing facilities is done by searching historical databases for each occurrence of a CPT/HCPCS code billed by similar providers. The data is then filtered to include only providers within a preset radius around a designated location. In certain situations, local data is unavailable for a specific procedure (e.g. due to its rarity, the remoteness of the patient, etc.). In these cases, the radius for that code is enlarged until enough data becomes available. If a national sample is pulled, a geographic adjustment factor (GAF) is applied to make it geographically relevant. A GAF is calculated by comparing local prices to national prices for medical services. For example, a GAF calculation of 1.05 means that local medical fees are 5% higher than the average across the nation.

The percentile method is the most widely used method within the healthcare industry to determine reasonable bills between uncontracted parties. Additionally, according to the Life Care Planning and Case Management 4th Edition Chapter 30 p 1056. "When obtaining pricing for services and items, it is important that the costs be usual, customary and reasonable (UCR) and not discounted. Usual and customary typically fall within the 75th or 80th percentile." Finally, the state of New York has codified Usual, Customary, and Reasonable to be the 80th percentile method in its legislation regarding out of network medical providers.

Once filters and adjustments are applied (when necessary), I calculate the 50th and 80th percentiles to return a value reflecting the prevailing charges for that region. Determining the 50th and 80th percentiles of hospital charges is done in a similar manner except the hospital database is filtered based on DRG codes and procedure codes instead of CPT/HCPCS codes.

I have reviewed the medical bills, records, materials, and references cited in my report. I have applied my professional experience as a healthcare billing, coding, and compliance expert in formulating my opinions. If additional information becomes available, I will supplement this report and opinion, if necessary. I will testify to the details and information contained in this report.

Signed: _Toni Elhoms_____
             Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

Exhibits Included as Follows:
Exhibit A – Expert Opinion of Medical Coding and Value of Bills
Exhibit B – Curriculum Vitae of Toni Elhoms (including prior testimony and publications)
Exhibit C – Fee Schedule
Exhibit D – Expert Bill Audit - Review and Analysis of Historical Bills

Expert Witness:    Toni Elhoms, CCS, CPC, CPMA, CRC,

AHIMA - Approved ICD-10-CM/PCS Trainer

# Expert Bill Audit

– Review and Analysis of Historical Bills –

| | |
|---|---|
| *Patient Name:* | Umukija Mickle |
| *Prepared For:* | Waldon Adelman Castilla Hiestand and Prout |
| | 900 Circle 75 Pkwy |
| | Atlanta, GA 30339 |
| *Date:* | March 9, 2023 |

AccuMed HealthCare Research, LLC

info@accumedintel.com

844.307.4487

Confidential: This report, along with the data, analysis, and conclusions herein, contains sensitive and proprietary information and is protected under agreements between AccuMed and the above referenced party. This report is for use exclusively in the matter involving the above referenced patient. This report may not be altered or reproduced, in part or in whole, in any way. Breaches of the confidentiality of this report are subject to legal recourse.



# Umukija Mickle

This report analyzes the patient's medical treatment from 03/16/2022 to 12/14/2022 and arrives at the median and reasonable value for the services in their area. In the development of this report, a total of 418,416 historical records of providers performing similar procedures were identified. For information on data sources and methodologies, please reference the appendices.



Records are pulled starting from a 30 mile radius of Dacula, GA.
Map data ©2023 Google

## Code Review

The Code Review identifies coding noncompliance found upon comprehensive review of billed codes and corresponding medical records. Coding noncompliance details are described in the next section of this report.

| Dacula, GA Providers | Total Billed Charges | Coding Noncompliance |
|---|---|---|
| Ortho Sport & Spine: Anesthesia | $ 3,430.35 | $ - |
| Ortho Sport & Spine: DME | 4,012.97 | - |
| Ortho Sport & Spine: Hany Helmi, MD | 29,325.96 | - |
| Ortho Sport & Spine: Hayden Frolo, NP-C | 1,313.15 | - |
| Ortho Sport & Spine: Melanie Clark, NP-C | 1,355.63 | - |
| Ortho Sport & Spine: Phillip Langer, MD | 31,721.75 | 300.00 |
| Ortho Sport & Spine: Radiology | 6,359.08 | - |
| Orthopedic Surgery Center of Sandy Springs | 96,108.00 | 25,125.19 |
| | $ 173,626.89 | $ 25,425.19 |

## Value Analysis

After coding noncompliance is corrected, the charges are compared to similar providers' charges in the area. The median value is calculated at the 50th percentile. The reasonable value is calculated at the 80th percentile.

| Dacula, GA Providers | Total Billed Charges | Not Analyzed[1] | Analyzed Charges | Value Analysis Median | Value Analysis Reasonable |
|---|---|---|---|---|---|
| Ortho Sport & Spine: Anesthesia | $ 3,430.35 | $ - | $ 3,430.35 | $ 1,270 | $ 1,873 |
| Ortho Sport & Spine: DME | 4,012.97 | - | 4,012.97 | 2,193 | 3,498 |
| Ortho Sport & Spine: Hany Helmi, MD | 29,325.96 | - | 29,325.96 | 4,689 | 6,753 |
| Ortho Sport & Spine: Hayden Frolo, NP-C | 1,313.15 | - | 1,313.15 | 1,108 | 1,286 |
| Ortho Sport & Spine: Melanie Clark, NP-C | 1,355.63 | - | 1,355.63 | 1,169 | 1,367 |
| Ortho Sport & Spine: Phillip Langer, MD | 31,721.75 | - | 31,721.75 | 20,289 | 24,577 |
| Ortho Sport & Spine: Radiology | 6,359.08 | - | 6,359.08 | 2,827 | 5,430 |
| Orthopedic Surgery Center of Sandy Springs | 96,108.00 | - | 96,108.00 | 41,639 | 50,458 |
| | $ 173,626.89 | $ - | $ 173,626.89 | $ 75,184 | $ 95,242 |

[1] Not analyzed due to insufficient information



| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

 ## Itemized Billed Charges

This section lists the bills that were reviewed and analyzed, organized by provider and date of service. Each line item details the billed charges and the median and reasonable value of similar provider's charges in the patient's area.

### #1 Ortho Sport & Spine: Anesthesia
*Date of Service: 06/14/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 06/14/2022 | 01630 | QZ | 1 | $ 3,430 | $ 1,270 | $ 1,873 |

CODE DESCRIPTION: Anesthesia for open or surgical arthroscopic procedures on humeral head and neck, sternoclavicular joint, acromioclavicular joint, and shoulder joint; not otherwise specified

| | | | **Total:** | **$ 3,430** | **$ 1,270** | **$ 1,873** |
|---|---|---|---|---|---|---|

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

### #2 Ortho Sport & Spine: DME
*Dates of Service: 03/16/2022 - 06/14/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 03/16/2022 | L0637 | NU | 1 | $ 1,742 | $ 1,787 | $ 2,855 |

CODE DESCRIPTION: Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to t-9 vertebra, lateral strength provided by rigid lateral frame/panels, produces intracavitary pressure to reduce load on intervertebral discs, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 06/14/2022 | E1399 | NU | 1 | 1,634 | 235 | 434 |

CODE DESCRIPTION: Durable medical equipment, miscellaneous

| Date | Code | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|
| 06/14/2022 | L3670 | 1 | 637 | 171 | 209 |

CODE DESCRIPTION: Shoulder orthosis, acromio/clavicular (canvas and webbing type), prefabricated

| | Charge | Median | Reasonable |
|---|---|---|---|
| **Total:** | **$ 4,013** | **$ 2,193** | **$ 3,498** |

AccuMed    www.accumedintel.com

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

## #3 Ortho Sport & Spine: Hany Helmi, MD
*Dates of Service: 04/21/2022 - 12/08/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 04/21/2022 | 64490 | 50 | 1 | $ 8,047 | $ 1,083 | $ 1,280 |
| | CODE DESCRIPTION: Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; single level | | | | | |
| 04/21/2022 | 64491 | 50 | 1 | 3,500 | 523 | 978 |
| | CODE DESCRIPTION: Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; second level | | | | | |
| 04/21/2022 | 64492 | 50 | 1 | 3,000 | 518 | 946 |
| | CODE DESCRIPTION: Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; third and any additional level(s) | | | | | |
| 04/28/2022 | 64493 | 50 | 1 | 8,047 | 1,187 | 1,445 |
| | CODE DESCRIPTION: Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; single level | | | | | |
| 04/28/2022 | 64494 | 50 | 1 | 3,500 | 577 | 875 |
| | CODE DESCRIPTION: Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; second level | | | | | |
| 04/28/2022 | 64495 | 50 | 1 | 3,000 | 564 | 969 |
| | CODE DESCRIPTION: Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; third and any additional level(s) | | | | | |
| 12/08/2022 | 99213 | | 1 | 232 | 237 | 260 |
| | CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making | | | | | |
| | | | **Total:** | **$ 29,326** | **$ 4,689** | **$ 6,753** |

Umukija Mickle - Mar 9, 2023

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

### #4 Ortho Sport & Spine: Hayden Frolo, NP-C
*Date of Service: 03/16/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 03/16/2022 | 99070 | | 30 | $ 36 | $ 38 | $ 64 |
| | CODE DESCRIPTION: Cyclobenzaprine 10mg #30 | | | | | |
| 03/16/2022 | 99070 | | 1 | 506 | 464 | 467 |
| | CODE DESCRIPTION: Dendracin 30/10/.25% | | | | | |
| 03/16/2022 | 99070 | | 1 | 228 | 228 | 228 |
| | CODE DESCRIPTION: Mobic/meloxicam 15mg #30 | | | | | |
| | COMMENT : Actual charged amount reflected in analysis due to insufficient information. | | | | | |
| 03/16/2022 | 99204 | | 1 | 543 | 378 | 527 |
| | CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of a new patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making. | | | | | |
| | | | **Total:** | **$ 1,313** | **$ 1,108** | **$ 1,286** |

AccuMed

www.accumedintel.com

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

### #5 Ortho Sport & Spine: Melanie Clark, NP-C
*Dates of Service: 04/14/2022 - 05/17/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 04/14/2022 | 99070 | | 30 | $ 36 | $ 38 | $ 64 |
| | CODE DESCRIPTION: Cyclobenzaprine 10mg #30 | | | | | |
| 04/14/2022 | 99070 | | 1 | 506 | 464 | 467 |
| | CODE DESCRIPTION: Dendracin 30/10/.25% | | | | | |
| 04/14/2022 | 99070 | | 1 | 228 | 228 | 228 |
| | CODE DESCRIPTION: Mobic/meloxicam 15mg #30 | | | | | |
| | COMMENT : Actual charged amount reflected in analysis due to insufficient information. | | | | | |
| 04/14/2022 | 99214 | | 1 | 354 | 261 | 364 |
| | CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making | | | | | |
| 05/17/2022 | 99213 | | 1 | 232 | 178 | 244 |
| | CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making | | | | | |
| | | | **Total:** | **$ 1,356** | **$ 1,169** | **$ 1,367** |

AccuMed     www.accumedintel.com

| Patient Name: | Umukija Mickle |
| --- | --- |
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

## #6 Ortho Sport & Spine: Phillip Langer, MD
*Dates of Service: 06/06/2022 - 12/14/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
| --- | --- | --- | --- | --- | --- | --- |
| 06/06/2022 | 99213 | | 1 | $ 232 | $ 201 | $ 249 |
| | CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making | | | | | |
| 06/14/2022 | 23440 | | 1 | 4,061 | 2,316 | 3,806 |
| | CODE DESCRIPTION: Resection or transplantation of long tendon of biceps | | | | | |
| 06/14/2022 | 29823 | | 1 | 6,770 | 3,803 | 5,006 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; debridement, extensive, 3 or more discrete structures (eg, humeral bone, humeral articular cartilage, glenoid bone, glenoid articular cartilage, biceps tendon, biceps anchor complex, labrum, articular capsule, articular side of the rotator cuff, bursal side of the rotator cuff, subacromial bursa, foreign body[ies]) | | | | | |
| 06/14/2022 | 29825 | | 1 | 6,126 | 2,426 | 3,022 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; with lysis and resection of adhesions, with or without manipulation | | | | | |
| 06/14/2022 | 29826 | | 1 | 5,936 | 3,696 | 3,868 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; decompression of subacromial space with partial acromioplasty, with coracoacromial ligament (ie, arch) release, when performed | | | | | |
| 06/14/2022 | 29827 | | 1 | 5,687 | 5,633 | 5,912 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; with rotator cuff repair | | | | | |
| 06/14/2022 | 97760 | | 1 | 222 | 112 | 154 |
| | CODE DESCRIPTION: Training in use of orthotics (supports, braces, or splints) for arms, legs and/or trunk each 15 minutes | | | | | |
| 06/23/2022 | 97164 | GP | 1 | 196 | 180 | 226 |
| | CODE DESCRIPTION: Re-evaluation of physical therapy established plan of care | | | | | |
| 06/23/2022 | A4550 | NU | 1 | 150 | 50 | 100 |
| | CODE DESCRIPTION: Surgical trays | | | | | |
| 07/14/2022 | 97164 | GP | 1 | 196 | 180 | 226 |
| | CODE DESCRIPTION: Re-evaluation of physical therapy established plan of care | | | | | |
| 09/08/2022 | 97164 | GP | 1 | 196 | 180 | 226 |
| | CODE DESCRIPTION: Re-evaluation of physical therapy established plan of care | | | | | |
| 09/29/2022 | 97164 | GP | 1 | 196 | 180 | 226 |
| | CODE DESCRIPTION: Re-evaluation of physical therapy established plan of care | | | | | |
| 09/29/2022 | 99214 | | 1 | 354 | 324 | 368 |
| | CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making | | | | | |
| 10/27/2022 | 97164 | GP | 1 | 196 | 180 | 226 |
| | CODE DESCRIPTION: Re-evaluation of physical therapy established plan of care | | | | | |

Umukija Mickle - Mar 9, 2023

| Patient Name: | Umukija Mickle |
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|------|------|-----|-------|--------|--------|------------|
| 10/27/2022 | 99214 | | 1 | 354 | 324 | 368 |

CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|------|------|-----|-------|--------|--------|------------|
| 10/27/2022 | T2002 | | 1 | 300 | 0.00 | 0.00 |

CODE DESCRIPTION: Non-emergency transportation; per diem

COMMENT : No documentation to support transportation services. Billed code has zero value.

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|------|------|-----|-------|--------|--------|------------|
| 12/14/2022 | 97164 | GP | 1 | 196 | 180 | 226 |

CODE DESCRIPTION: Re-evaluation of physical therapy established plan of care

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|------|------|-----|-------|--------|--------|------------|
| 12/14/2022 | 99214 | | 1 | 354 | 324 | 368 |

CODE DESCRIPTION: Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making

|  | Total: | $ 31,722 | $ 20,289 | $ 24,577 |
|--|--------|----------|----------|----------|

Umukija Mickle - Mar 9, 2023

AccuMed

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

### #7 Ortho Sport & Spine: Radiology
*Dates of Service: 04/02/2022 - 06/15/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
|---|---|---|---|---|---|---|
| 04/02/2022 | 72141 | | 1 | $ 2,122 | $ 389 | $ 1,546 |
| | CODE DESCRIPTION: Magnetic resonance (eg, proton) imaging, spinal canal and contents, cervical; without contrast material | | | | | |
| 04/02/2022 | 72148 | | 1 | 2,041 | 955 | 1,688 |
| | CODE DESCRIPTION: Magnetic resonance (eg, proton) imaging, spinal canal and contents, lumbar; without contrast material | | | | | |
| 04/02/2022 | 73221 | RT | 1 | 1,987 | 1,261 | 1,902 |
| | CODE DESCRIPTION: Magnetic resonance (eg, proton) imaging, any joint of upper extremity; without contrast material(s) | | | | | |
| 04/14/2022 | 73030 | RT | 1 | 105 | 111 | 147 |
| | CODE DESCRIPTION: Radiologic examination, shoulder; complete, minimum of 2 views | | | | | |
| 06/15/2022 | 73030 | RT | 1 | 105 | 111 | 147 |
| | CODE DESCRIPTION: Radiologic examination, shoulder; complete, minimum of 2 views | | | | | |
| | **Total:** | | | **$ 6,359** | **$ 2,827** | **$ 5,430** |

AccuMed

www.accumedintel.com

| Patient Name: | Umukija Mickle |
| --- | --- |
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

### #8 Orthopedic Surgery Center of Sandy Springs
*Date of Service: 06/14/2022*

| Date | Code | Mod | Units | Charge | Median | Reasonable |
| --- | --- | --- | --- | --- | --- | --- |
| 06/14/2022 | 23440 | | 1 | $ 12,183 | $ 6,946 | $ 11,088 |
| | CODE DESCRIPTION: Resection or transplantation of long tendon of biceps | | | | | |
| 06/14/2022 | 29823 | | 1 | 20,311 | 11,367 | 12,507 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical;debridement, extensive, 3 or more discrete structures (eg, humeral bone, humeral articular cartilage, glenoid bone, glenoid articular cartilage, biceps tendon, biceps anchor complex, labrum, articular capsule, articular side of the rotator cuff, bursal side of the rotator cuff, subacromial bursa, foreign body[ies]) | | | | | |
| 06/14/2022 | 29825 | | 1 | 18,377 | 10,151 | 11,505 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; with lysis and resection of adhesions, with or without manipulation | | | | | |
| 06/14/2022 | 29826 | | 1 | 17,808 | 0.00 | 0.00 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; decompression of subacromial space with partial acromioplasty, with coracoacromial ligament (ie, arch) release, when performed | | | | | |
| | COMMENT : Packaged service when performed in ASC. Billed code has zero value. | | | | | |
| 06/14/2022 | 29827 | | 1 | 17,060 | 11,011 | 12,321 |
| | CODE DESCRIPTION: Arthroscopy, shoulder, surgical; with rotator cuff repair | | | | | |
| 06/14/2022 | 64415 | 59 | 1 | 3,052 | 2,164 | 3,037 |
| | CODE DESCRIPTION: Injection(s), anesthetic agent(s) and/or steroid; brachial plexus, including imaging guidance, when performed | | | | | |
| 06/14/2022 | A4649 | | 1 | 3,030 | 0.00 | 0.00 |
| | CODE DESCRIPTION: Surgical supply; miscellaneous | | | | | |
| | COMMENT : Packaged service when performed in ASC. Billed code has zero value. | | | | | |
| 06/14/2022 | C1713 | | 1 | 4,286 | 0.00 | 0.00 |
| | CODE DESCRIPTION: Anchor/screw for opposing bone-to-bone or soft tissue-to-bone (implantable) | | | | | |
| | COMMENT : Packaged service when performed in ASC. Billed code has zero value. | | | | | |
| | **Total:** | | | **$ 96,108** | **$ 41,639** | **$ 50,458** |

AccuMed    www.accumedintel.com

| Patient Name: | Umukija Mickle |
| --- | --- |
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

## Appendix A – References & Data Sources

**Current Procedural Terminology (CPT)**

"CPT" is a registered trademark of the American Medical Association. CPT codes and descriptions are copyrighted by the American Medical Association and used herein for explanatory purposes only.

**Professional, Device and Center Data**

The data contained in this report related to professional providers, durable medical equipment, ambulatory surgery centers, and diagnostic testing facilities is based on providers' fee schedules; representing the full billed charges for specific services.

The report also leverages the American Medical Association's CPT® codebook, Optum360's National Fee Analyzer, the American Society of Anesthesiologists ("ASA") Crosswalk book, EncoderPro, and www.findacode.com.

_____

**Hospital & Emergency Department Data**

The data contained in this report related to hospitals is sourced from the Nationwide Inpatient Sample of the Healthcare Cost and Utilization Project (the "HCUP NIS") and the Nationwide Emergency Department Sample (the "HCUP NEDS"), which are sponsored by the Agency for Healthcare Research and Quality (an Agency in the US Department of Health and Human Services), bills already reviewed, or the American Hospital Directory.

HCUP databases contain information from a sample of approximately 20% of all inpatient discharges from HCUP-participating hospitals. The information contained in the database includes, among other data elements, primary and secondary diagnosis codes, procedural ("PCS") codes, Diagnosis Related Group ("DRG") codes, and total hospital charges for each patient.

Additional information on HCUP's data and methodologies can be found here:
https://www.hcup-us.ahrq.gov/nisoverview.jsp, https://www.hcup-us.ahrq.gov/nedsoverview.jsp

Information on HCUP's data partners that contributed to the database can be found here:
http://www.hcup-us.ahrq.gov/db/hcupdatapartners.jsp

Information on the American Hospital Directory can be found here: www.ahd.com

**Inflation Data**

When necessary, the billed charges in the databases are inflated to represent present day costs or, for historical analyses, the year the service occured. These inflation rates are sourced from the Bureau of Labor Statistics' ("BLS") monthly CPI Reports for Medical Care.

Professional providers' billed charges are inflated according to BLS' Medical Care: Professional Services rates. Facilities' billed charges are inflated according Medical Care: Hospital and Related Services rates.



| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

The following table summarizes these rates:

|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Facility | 3.90% | 4.50% | 4.00% | 4.30% | 5.10% | 3.70% | 3.00% | 3.00% | 3.30% | 4.40% |
| Professional | 2.10% | 1.70% | 1.90% | 3.10% | -1.80% | 0.60% | 1.40% | 1.70% | 4.30% | 1.70% |

Information on BLS' monthly reports can be found here: https://www.bls.gov/cpi/tables/supplemental-files/home.htm

AccuMed
www.accumedintel.com

| Patient Name: | Umukija Mickle |
| --- | --- |
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

## Appendix B - Methodologies

**Overview**

This report is built with the mission of providing transparency into the billed charges of treatment for a patient receiving care in a specific geographic region and at a specific point in time. This mission guides all decisions in assembling each report.

There are no independent assumptions or opinions on a patient's current state of health, diagnosis, or prognosis. This relies on notes provided by the patients' doctors and the codes on their medical bills for these assessments. There is no review of patients' financial or other resources available to obtain medical care. Reports only analyze billed charge amounts, representing the total charges of the procedures before any third-party contracted rates would apply.

**Analysis**

The reasonable value is set at the 80th percentile; a broadly accepted metric for determining usual, customary, and reasonable ("UCR") in the healthcare industry. Percentiles of billed charges for professional providers, durable medical equipment, ambulatory surgery centers, and diagnostic testing facilities are determined by searching historical databases for each occurrence of a HCPCS code billed by the same or similar provider the patient received treatment from (e.g. physical therapy from a physical therapist). The data is then filtered to include only providers within a preset radius around a designated location. If there are no occurrences of that code in the selected radius, the radius is enlarged for that code and noted in the report. In circumstances where a national sample is pulled, a geographic adjustment factor is applied to make the values geographically relevant. Percentiles are calculated using the resulting relevant data. Determining the value of hospital charges is done in a similar manner except the hospital database is filtered based on DRG codes and PCS codes instead of HCPCS codes.



| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

## Appendix C – Supporting Code Detail

| Bill # | Code | Mod | Description | Data Source | Radius (miles) | Total Patients |
|---|---|---|---|---|---|---|
| 1 | 01630 | QZ | Anesthesia for open or surgical arthroscopic procedures on humeral head and neck, sternoclavicular joint, acromioclavicular joint, and shoulder joint; not otherwise specified | Physician and Other Supplier, PUF 2019 | 68 | 116 |
| 2 | L0637 | NU | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior frame/panels, posterior extends from sacrococcygeal junction to t-9 vertebra, lateral strength provided by rigid lateral frame/panels, produces intracavitary pressure to reduce load on intervertebral discs, includes straps, closures, may include padding, shoulder straps, pendulous abdomen design, prefabricated item that has been trimmed, bent, molded, assembled, or otherwise customized to fit a specific patient by an individual with expertise | Durable Medical Equipment, PUF 2019 | 100 | 139 |
| 2 | E1399 | NU | Durable medical equipment, miscellaneous | Durable Medical Equipment, PUF 2019 | National w/ GAF | 582 |
| 2 | L3670 | | Shoulder orthosis, acromio/clavicular (canvas and webbing type), prefabricated | Durable Medical Equipment, PUF 2019 | 30 | 777 |
| 3 | 64490 | 50 | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; single level | Physician and Other Supplier, PUF 2019 | 30 | 1,068 |
| 3 | 64491 | 50 | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; second level | Physician and Other Supplier, PUF 2019 | 30 | 943 |
| 3 | 64492 | 50 | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), cervical or thoracic; third and any additional level(s) | Physician and Other Supplier, PUF 2019 | 30 | 747 |

AccuMed                    www.accumedintel.com

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

| Bill # | Code | Mod | Description | Data Source | Radius (miles) | Total Patients |
|---|---|---|---|---|---|---|
| 3 | 64493 | 50 | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; single level | Physician and Other Supplier, PUF 2019 | 30 | 3,209 |
| 3 | 64494 | 50 | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; second level | Physician and Other Supplier, PUF 2019 | 30 | 3,027 |
| 3 | 64495 | 50 | Injection(s), diagnostic or therapeutic agent, paravertebral facet (zygapophyseal) joint (or nerves innervating that joint) with image guidance (fluoroscopy or CT), lumbar or sacral; third and any additional level(s) | Physician and Other Supplier, PUF 2019 | 30 | 2,055 |
| 3 | 99213 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making | Physician and Other Supplier, PUF 2019 | 30 | 19,513 |
| 4 | 99070 | | Cyclobenzaprine 10mg #30 | Redbook AWP | N/A | |
| 4 | 99070 | | Dendracin 30/10/.25% | Redbook AWP Package Price | N/A | |
| 4 | 99204 | | Office or other outpatient visit for the evaluation and management of a new patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making. | Physician and Other Supplier, PUF 2019 | 30 | 8,446 |
| 5 | 99070 | | Cyclobenzaprine 10mg #30 | Redbook AWP | N/A | |
| 5 | 99070 | | Dendracin 30/10/.25% | Redbook AWP Package Price | N/A | |
| 5 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making | Physician and Other Supplier, PUF 2019 | 30 | 68,598 |

AccuMed

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

| Bill # | Code | Mod | Description | Data Source | Radius (miles) | Total Patients |
|---|---|---|---|---|---|---|
| 5 | 99213 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making | Physician and Other Supplier, PUF 2019 | 30 | 81,257 |
| 6 | 99213 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and low level of medical decision making | Physician and Other Supplier, PUF 2019 | 30 | 51,743 |
| 6 | 23440 | | Resection or transplantation of long tendon of biceps | Physician and Other Supplier, PUF 2019 | National w/ GAF | 846 |
| 6 | 29823 | | Arthroscopy, shoulder, surgical; debridement, extensive, 3 or more discrete structures (eg, humeral bone, humeral articular cartilage, glenoid bone, glenoid articular cartilage, biceps tendon, biceps anchor complex, labrum, articular capsule, articular side of the rotator cuff, bursal side of the rotator cuff, subacromial bursa, foreign body[ies]) | Physician and Other Supplier, PUF 2019 | 30 | 171 |
| 6 | 29825 | | Arthroscopy, shoulder, surgical; with lysis and resection of adhesions, with or without manipulation | Physician and Other Supplier, PUF 2019 | National w/ GAF | 305 |
| 6 | 29826 | | Arthroscopy, shoulder, surgical; decompression of subacromial space with partial acromioplasty, with coracoacromial ligament (ie, arch) release, when performed | Physician and Other Supplier, PUF 2019 | 30 | 478 |
| 6 | 29827 | | Arthroscopy, shoulder, surgical; with rotator cuff repair | Physician and Other Supplier, PUF 2019 | 30 | 421 |

AccuMed

www.accumedintel.com

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

| Bill # | Code | Mod | Description | Data Source | Radius (miles) | Total Patients |
|---|---|---|---|---|---|---|
| 6 | 97760 | | Training in use of orthotics (supports, braces, or splints) for arms, legs and/or trunk each 15 minutes | Physician and Other Supplier, PUF 2019 | National w/ GAF | 4,991 |
| 6 | 97164 | GP | Re-evaluation of physical therapy established plan of care | Physician and Other Supplier, PUF 2019 | National w/ GAF | 2,380 |
| 6 | A4550 | NU | Surgical trays | Optum Fee Analyzer | N/A | |
| 6 | 99214 | | Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropriate history and/or examination and moderate level of medical decision making | Physician and Other Supplier, PUF 2019 | 30 | 39,394 |
| 7 | 72141 | | Magnetic resonance (eg, proton) imaging, spinal canal and contents, cervical; without contrast material | Physician and Other Supplier, PUF 2019 | 30 | 3,647 |
| 7 | 72148 | | Magnetic resonance (eg, proton) imaging, spinal canal and contents, lumbar; without contrast material | Physician and Other Supplier, PUF 2019 | 30 | 9,634 |
| 7 | 73221 | RT | Magnetic resonance (eg, proton) imaging, any joint of upper extremity; without contrast material(s) | Physician and Other Supplier, PUF 2019 | 30 | 3,347 |
| 7 | 73030 | RT | Radiologic examination, shoulder; complete, minimum of 2 views | Physician and Other Supplier, PUF 2019 | 30 | 9,592 |
| 8 | 23440 | | Resection or transplantation of long tendon of biceps | Physician and Other Supplier, PUF 2016 | National w/ GAF | 149 |
| 8 | 29823 | | Arthroscopy, shoulder, surgical; debridement, extensive, 3 or more discrete structures (eg, humeral bone, humeral articular cartilage, glenoid bone, glenoid articular cartilage, biceps tendon, biceps anchor complex, labrum, articular capsule, articular side of the rotator cuff, bursal side of the rotator cuff, subacromial bursa, foreign body[ies]) | Physician and Other Supplier, PUF 2019 | 68 | 226 |
| 8 | 29825 | | Arthroscopy, shoulder, surgical; with lysis and resection of adhesions, with or without manipulation | Fair Health | N/A | |

| Patient Name: | Umukija Mickle |
|---|---|
| Location: | Dacula, GA 30019 |
| Treatment Range: | 03/16/22 - 12/14/22 |

| Bill # | Code | Mod | Description | Data Source | Radius (miles) | Total Patients |
|---|---|---|---|---|---|---|
| 8 | 29827 | | Arthroscopy, shoulder, surgical; with rotator cuff repair | Physician and Other Supplier, PUF 2019 | 30 | 335 |
| 8 | 64415 | 59 | Injection(s), anesthetic agent(s) and/or steroid; brachial plexus, including imaging guidance, when performed | Fair Health | N/A | |

AccuMed

www.accumedintel.com

# - EXHIBIT C -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**TESTIMONY HISTORY**

**Spine Care Delaware, LLC vs. State Farm Mutual Automobile Insurance Company and State Farm Fire And Casualty Company**
Date: May 9, 2019
Type:  Discovery Deposition
On behalf of Plaintiff
District: New Castle, DE
Case Number: K18C-07-008 NEP

**L.B., G.B. and L.B. through Eric Burkgren vs. Shannon Padgett, MD and Irina Dimitrova, MD**
Date: June 29, 2020
Type: Discovery Deposition
On behalf of Plaintiff
District: Denver, CO
Case Number: 2019CV031640

**Christopher Steven Morrison vs. Lazer Spot, Inc and John Doe 2**
Date: January 19, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Chatham County, GA
Case Number: STCV-1701806

**Vasiliki Gatsiopoulos vs. American Family Mutual Insurance Group**
Date: April 13, 2021
Type: Discovery Deposition
On behalf of Plaintiff
District: Denver, CO
Case Number: 1:20-CV-01437-CMA-MEH

**Kimberly Sarver vs. Doris Harrison**
Date: May 14, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Liberty County, GA
Case Number: STSV2020000148

**Natalie V. Lawrence vs. Arthur Eduardo Juarez**
Date: May 21, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Spalding County, GA
Case Number: 20SV-213

# - EXHIBIT C -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Cheryl Brown vs. Investments Limited**
Date: July 30, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Broward County, FL
Case Number: CACE 19-012471 (05)

**Erix Vasquez Fuenmayor vs. Josefina Pavia-Hernandez**
Date: August 18, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Gwinnett County, GA
Case Number: 20C05472S6

**Patricia Adams vs. Sandra Donaldson**
Date: August 20, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Henry County, GA
Case Number: STSV2020000642

**Shakkia Walker vs. Dumitru Gyska, Carolina Logistics and Wesco Insurance, Co.**
Date: September 1, 2021
Type: Discovery Deposition
On behalf of Defendant
District: District Court for the Northern District of GA
Case Number: 1:20CV02834CAP

**Timothy Hettrick vs. Andre Gary, et al.**
Date: September 8, 2021
Type: Trial Deposition
On behalf of Defendant
District: DeKalb County, GA
Case Number: 20A2092

**Charles Manning Walker vs. David Stanton**
Date: September 14, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Hall County, GA
Case Number: 2020SV244N

**Tammy Gonzalez vs. Kipp Cooper and Classic Plumbing of Brevard, LLC**
Date: September 27, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Brevard County, FL
Case Number: 2019-CA-044387

6

# - EXHIBIT C -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Timothy Sweeney et al. vs. Denver Health, et al.**
Date: October 28, 2021
Type: Discovery Deposition
On behalf of Plaintiff
District: Denver County, CO
Case Number: 2020CV000037

**Shakkia Walker vs. Dumitru Gyska, Carolina Logistics and Wesco Insurance, Co.**
Date: October 29, 2021
Type: Trial Deposition
On behalf of Defendant
District: District Court for the Northern District of GA
Case Number: 1:20CV02834CAP

**Rebecca Canada vs. Randall Hill**
Date: November 3, 2021
Type: Discovery Deposition
On behalf of Defendant
District: Nye County, NV
Case Number: CV19-0023

**Eduardo Almanza-Rivera vs. Thomas Burda**
Date: November 15, 2021
Type: Trial Deposition
On behalf of Plaintiff
District: Dekalb County, GA
Case Number: 20A80303

**Edwin Mimms vs. Stacia Burns**
Date: December 1, 2021
Type: Trial Deposition
On behalf of Plaintiff
District: Summer County, TN
Case Number: 83CC1-2020-CV-42

**Allyson Kelly, et. al. vs. CR Westbury Communities, LLC, et. al.**
Date: January 14, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: Adams County, CO
Case Number: 2020CV30968

**Amy Walters vs. Mary Ellen Mayes**
Date: January 26, 2022
Type: Discovery Deposition
On behalf of Defendant
District: Cobb County, GA
Case Number: 20-A-3817

# - EXHIBIT C -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Breshunna Devereux vs. Morgan Strickland**
Date: February 17, 2022
Type: Trial Deposition
On behalf of Defendant
District: Fulton County, GA
Case Number: 20EV002153

**Elia Rosales v. TCI Transportation Services, Inc.**
Date: February 25, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: Orange County, CA
Case Number: 30-2020-01144748-CU-PA-CJC

**Jodie Levitt vs. Drew Stuart**
Date: March 4, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: United States District Court of Utah
Case Number: 2:20-cv-00144-TS-CMR

**Brenda McLaurin-Pohill vs. Douglas Wilson**
Date: March 17, 2022
Type: Trial Deposition
On behalf of Defendant
District: Gwinnett County, GA
Case Number: 21-C-00710-S6

**Elden Press vs. Kaiser Foundation Health Plan of CO; Colorado Permanente Medical Group, PC; Dr Laurie Cruz, MD, an individual, and Dr. Katherine Richardson, MD, an individual**
Date: March 25, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: Denver County, CO
Case Number: 2020CV31142

**Juan Zurdo Segui vs. Donald Richards**
Date: March 28, 2022
Type: Discovery Deposition
On behalf of Defendant
District: Charlotte County, Florida
Case Number: 19001374CA

**Juan Zurdo Segui vs. Donald Richards**
Date: March 28, 2022
Type: Trial Deposition
On behalf of Defendant
District: Charlotte County, Florida
Case Number: 19001374CA

# - EXHIBIT C -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Michael Thomas Ashley vs. Delivering Smiles**
Date: March 30, 2022
Type: Discovery Deposition
On behalf of Defendant
District: Cobb County, GA
Case Number: 20-A-4185

**Severino Alonso vs. Swedish Covenant Hospital**
Date: April 14, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: Cook County, IL
Case Number: 2018 L 8718

**Janet Roucis vs. Cigna Health Management, INC.**
Date: April 18, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: United States District Court of Colorado
Case Number: 1:21-cv-02003-REB-MEH

**Teresa Shakespeare vs. Amy Chalmers and Travis Chalmers**
Date: April 29, 2022
Type: Discovery Deposition
On behalf of Defense
District: Chatham County, GA
Case Number: STCV20-01305

**Laurie Lautieri vs. Lane Turner, Kyle Elliott and Grovin Farms, LLC**
Date: June 24, 2022
Type: Discovery Deposition
On behalf of Defense
District: Martin County, FL
Case Number: 2021-CA-000197CAAXMX

**Elden Press vs. Kaiser Foundation Health Plan of CO; Colorado Permanente Medical Group, PC; Dr Laurie Cruz, MD, an individual, and Dr. Katherine Richardson, MD, an individual**
Date: June 29, 2022
Type: Trial Testimony
On behalf of Plaintiff
District: Denver County, CO
Case Number: 20-CV-31142

**James & Kamya Smith vs. Richard Price and Greatwide Dallas Mavis, LLC**
Date: July 1, 2022
Type: Discovery Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 1:21-cv-01782-TCB

9

# - EXHIBIT C -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Linda Cornett vs. T.C. Restaurant Group**
Date: July 7, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: Nashville County, TN
Case Number: 19C2204

**Charles Manning Walker vs. David Stanton**
Date: July 13, 2022
Type: Trial Deposition
On behalf of Defense
District: Hall County, GA
Case Number: 2020SV244N

**Yomaris Estrella Silverio vs. Katherine Cobos-Vanoni**
Date: July 15, 2022
Type: Discovery Deposition
On behalf of Defense
District: Orange County, FL
Case Number: 2020-CA-004705-O

**Teresa Shakespeare vs. Amy Chalmers**
Date: August 4, 2022
Type: Trial Deposition
On behalf of Defense
District: Chatham County, GA
Case Number: STCV20-01305

**Henry Mills, Maria O'Conner vs. Carolyn Winders**
Date: August 8, 2022
Type: Trial Deposition
On behalf of Defense
District: Clayton County, GA
Case Number: 2019CV01887

**Randy Mims vs. Janey Kresser**
Date: August 9, 2022
Type: Trial Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20EV004542

**Jennifer Magana vs. Jamie Maxwell, Triple H Transport**
Date: August 9, 2022
Type: Trial Deposition
On behalf of Plaintiff
District: Cherokee County, GA
Case Number: 21SCE136

# - EXHIBIT C -

## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Charisse Williams v. Dollar Tree Store, Inc. and John Does 1-3**
Date: August 23, 2022
Type: Trial Deposition
On behalf of Defense
District: United States Northern District of GA
Case Number: 1:21-cv-01609-WMR

**Admiral Altman and Ashley Altman v. Barrow Enterprises, Inc.**
Date: August 26, 2022
Type: Discovery Deposition
On behalf of Defense
District: Cobb County, GA
Case Number: 21-A-484

**Brittany Waters v. Central Mutual Insurance Company**
Date: August 30, 2022
Type: Discovery Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20EV005494

**Jennifer Bickford v. State Farm Automobile Insurance**
Date: September 16, 2022
Type: Discovery Deposition
On behalf of Plaintiff
District: District Court of CO
Case Number: 21-cv-01438-KLM

**Carl Conforti v. Ernst-Cobb Co. Inc.**
Date: September 20, 2022
Type: Discovery Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20-A-2885-3

**Admiral Altman and Ashley Altman v. Barrow Enterprises, INC.**
Date: September 23, 2022
Type: Discovery Deposition
On behalf of Defense
District: Cobb County, GA
Case Number: 21-A-484

**Jacqueline Kay Bulock v. William Henry Brown**
Date: October 10, 2022
Type: Trial Deposition
On behalf of Defense
District: Cobb County, GA
Case Number: 20-A-2322-3

# - EXHIBIT C -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Mary Adams v. Darian Bell**
Date: October 14, 2022
Type: Discovery Deposition
On behalf of Defense
District: Cobb County, GA
Case Number: 21-A-2666

**Daniel Werkmeister vs. Auto-Owners Insurance Company**
Date: October 17, 2022
Type: Discovery Deposition
On behalf of Defense
District: Palm Beach County, FL
Case Number: 50-2021-007236XXXXMB

**Daniel Werkmeister vs. Auto-Owners Insurance Company**
Date: October 18, 2022
Type: Trial Deposition
On behalf of Defense
District: Palm Beach County, FL
Case Number: 50-2021-007236XXXXMB

**Paul Daw vs. Andi Gray, Curtis Nottberg, and Linda Nottberg**
Date: October 26, 2022
Type: Trial Testimony
On behalf of Plaintiff
District: Adams County, CO
Case Number: 2021CV30762

**Stacey Calhoun v. Ester Thenot**
Date: October 31, 2022
Type: Trial Deposition
On behalf of Defense
District: Cobb County, GA
Case Number: 20104474

**Donald Worthley v. Jimmy Mobley, Evans Delivery Company, Inc.**
Date: November 8, 2022
Type: Trial Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20EV005924

**Nelson Ciarlo v. Jimmy Mobley, Evans Delivery Company, Inc.**
Date: November 8, 2022
Type: Trial Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20EV005926

# - EXHIBIT C -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Judy Kiehna v. Bell Partners Inc. D/B/A Frisco Market Center Apartments and Metro Communication Systems, Inc.**
Date: November 16, 2022
Type: Discovery Deposition
On behalf of Defense
District: Denton County, TX
Case Number: 21-10376-16

**Jason Wilson v. Matthew Green**
Date: November 17, 2022
Type: Discovery Deposition
On behalf of Defense
District: Paulding County, GA
Case Number: 20-CV-003072-P2

**Valarie Simelton v. Nathan Wachsman & John Doe**
Date: November 30, 2022
Type: Trial Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20EV006988

**Lesley Humphrey v. Jonathan W. Holstad, M.D.**
Date: December 1, 2022
Type: Trial Deposition
On behalf of Plaintiff
District: Denver County, CO
Case Number: 2022CV30209

**Shawn Abbott v. Caroline Heatherly**
Date: December 15, 2022
Type: Trial Deposition
On behalf of Plaintiff
District: Williamson County, TN
Case Number: 2021-481

**Exetta Windfield v. Luis G. Tejeda, Valley Packline Solutions, Inc.  and Does 1 to 25**
Date: January 3, 2023
Type: Discovery Deposition
On behalf of Plaintiff
District: Tulare County, CA
Case Number: VCU289086

**Charisse Williams v. Dollar Tree Store, Inc. and John Does 1-3**
Date: January 5, 2023
Type: Trial Deposition
On behalf of Defense
District: United States Northern District of GA
Case Number: 1:21-cv-01609-WMR

# - EXHIBIT C -
## Toni Elhoms, CCS, CPC, CPMA, CRC, AHIMA-Approved ICD-10-CM/PCS Trainer

(720) 588-7262 | t.elhoms@accumedintel.com | Lake Mary, FL

**Zulima Cabrera v. John Doe 1-2**
Date: January 16, 2023
Type: Trial Deposition
On behalf of Defense
District: DeKalb County, GA
Case Number: 20A82246

**Antonia Tinoco v. John Doe 1-2**
Date: January 16, 2023
Type: Trial Deposition
On behalf of Defense
District: DeKalb County, GA
Case Number: 20A82245

**Katrina Chism v. Alexandria Blalock**
Date: February 3, 2023
Type: Discovery Deposition
On behalf of Defense
District: DeKalb County, GA
Case Number: 20A81893

**Tanjaneka Jordan vs. Oren Butler**
Date: February 7, 2023
Type: Trial Deposition
On behalf of Defense
District: Cobb County, GA
Case Number: 20A3094

**Hung Le v. Hwa Liang**
Date: February 14, 2023
Type: Discovery Deposition
On behalf of Defense
District: Fulton County, GA
Case Number: 20EV000053

**Kelsey Wedell v. Kyle Peterson, DPM, Suburban Orthopedics, LTD., and Ashton Center for Day Surgery**
Date: February 22, 2023
Type: Discovery Deposition
On behalf of Plaintiff
District: Cook County, IL
Case Number: 2020L7523