IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UMUKIJA MICKLE, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action File No.:  1:24-cv-00183-MHC |
| vs. | ) ) ) | |
| WALMART STORES EAST, LP, JOHN DOES #1-3, and XYZ CORPS, 1-3, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER EXTENDING DISCOVERY

Pursuant to the Consent Motion to Extend Discovery filed by the parties and for good cause shown, the discovery period in the above-styled case is hereby extended to and through February 11, 2025. Any Motions for Summary Judgment or the Consolidated Pre-Trial Order shall be filed on or before March 11, 2025.

**IT IS SO ORDERED** this 18th day of November, 2024.

_____
MARK H. COHEN
United States District Judge