IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UMUKIJA MICKLE, | ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action File No.:  1:24-cv-00183-MHC |
| vs. | ) ) ) | |
| WALMART STORES EAST, LP, JOHN DOES #1-3, and XYZ CORPS, 1-3, | ) ) ) ) | [Removed from the State Court of Gwinnett County; CA 23-C-08432-S6] |
| Defendants. | ) ) | |

## PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF EXPERT WITNESS DR. PALLAVI CHERUKUPALLY

COMES NOW, Plaintiff Umukija Mickle ("Plaintiff"), and hereby files her supplemental Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2)(E) and Local Rule 26.2(C). On October 11, 2024, Plaintiff filed her Expert Disclosures [Doc.18], and hereby provides supplemental information relating to Dr. Pallavi Cherukupally ("Dr. Cherukupally"). Plaintiff supplements the following information:

1.

Plaintiff supplements her Initial Disclosures by identifying Dr. Cherukupally, MD, LCP-C, Physician Certified Life Care Planner for LCPpro, LLC, as an expert

1

expected to testify at trial regarding the cost of Plaintiff's anticipated future medical treatment. Dr. Cherukupally is expected to testify that the anticipated cost of Plaintiff's future medical treatment related to the injuries sustained in the subject incident is approximately $2,038,351.15.

## 2.

Pursuant to Fed. R. Civ. P. 26(a)(2)(B)(i)(ii) and (iii), Dr. Cherukupally's Life Care Plan report regarding the anticipated cost of Plaintiff's future medical treatment related to the injuries sustained in the subject incident is attached as Exhibit "A." Her opinions and observations are incorporated by reference herein.

## 3.

Dr. Cherukupally's Curriculum Vitae (CV) is attached as Exhibit "B" per Fed. R. Civ. P. 26(a)(2)(B)(iv).

## 4.

Plaintiff supplements her Expert Disclosures and identifies Dr. Cherukupally, MD, LCP-C as an expert witness. Per this disclosure, Plaintiff incorporate all exhibits attached to this disclosure as part of its Rule 26 Disclosures.

[SIGNATURE TO FOLLOW ON NEXT PAGE]

_/s/ Austin M. Hiffa_____
Austin M. Hiffa
(State Bar No.  438739)
Ronald Fields
(State Bar No. 426256)
MORGAN & MORGAN ATLANTA
PLLC
11605 Haynes Bridge Road
Suite 490
Alpharetta, GA  30009
(770) 576-7642
ahiffa@forthepeople.com
*Attorney for Plaintiff*

## <u>CERTIFICATE OF COMPLIANCE</u>

On this date, the undersigned hereby certifies that the foregoing pleading complies with the font and point selections approved by the Court pursuant to Local Rule 5.1B. The foregoing pleading has been prepared in 14-point Times New Roman font.

This 7th day of February, 2025.

MORGAN & MORGAN ATLANTA PLLC

*Austin Hiffa*
_____
Austin M. Hiffa
(State Bar No.  438739)
Ronald Fields
(State Bar No. 426256)
*Attorney for Plaintiff*

11605 Haynes Bridge Road,
Suite 490
Alpharetta, GA  30009
(770) 576-7642
ahiffa@forthepeople.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UMUKIJA MICKLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| | ) | No.: 1:24-cv-00183-MHC |
| vs. | ) | |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| JOHN DOES #1-3, and XYZ | ) | |
| CORPS, 1-3, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this the 7th day of January, 2025, I electronically filed the foregoing *Supplemental Disclosure of Expert Witness* with the Clerk of this Court using the CM/ECF system which will automatically provide notice of such filing via electronic mail to the following attorney(s) of record:

Rakhi D. McNeill, Esq.
Kayla Bell, Esq.
Waldon Adelman Castilla McNamara & Prout
900 Circle 75 Parkway, Suite 1040
Atlanta, Georgia 30339
(770) 953-1710
rmcneill@waldonadelman.com
kbell@waldonadelman.com
*Attorneys for Walmart*

This 7th day of February, 2025.

MORGAN & MORGAN ATLANTA PLLC

_Austin Hiffa_____

Austin M. Hiffa
(State Bar No.  438739)
Ronald Fields
(State Bar No. 426256)
*Attorney for Plaintiff*

11605 Haynes Bridge Road,
Suite 490
Alpharetta, GA  30009
(770) 576-7642
ahiffa@forthepeople.com

# LIFE CARE PLAN

| | | | |
|---|---|---|---|
| **CLIENT:** | **Umukija Mickle** | **DOB:** | **02/20/1968, Age 56** |
| **ADDRESS:** | **1525 Wilkes Crest Dr., NE** | **DOI:** | **12/30/2021** |
| | **Dacula, GA 30019** | | |
| **PHONE:** | **770-940-6525** | | |
| | | **REPORT DATE:** | **11/20/2024** |

## ABOUT AUTHOR

**Dr. Pallavi Cherukupally** graduated from Emory University with a Bachelor Degree in Biology in 1994. She attended Louisiana State University in New Orleans, Louisiana graduating in 1998. Upon graduation, she attended Residency at University of Chicago in Illinois until 2002 where she then joined the attending staff at University of Chicago for the next 2 years. After working in the hospital system, she then decided to attend a fellowship to further her skills with Interventional Spine and Sports medicine with Portner Orthopedics in Honolulu, Hawaii. She joined Resurgens Orthopedics in 2006 after her fellowship completed to practice Interventional Spine and Sports where she became a partner in the practice in 2 years. After 8 years of a successful traditional practice, she joined Spine Center Atlanta which gave her freedom to expand into Regenerative Medicine. After years of working for other practices, Dr. Cherukupally decided to start her own practice, Regenerative Sport and Spine in Orlando, Florida. After starting the practice and obtaining great success, she sold the practice and works at Regional Medical Group in Atlanta. She has many accolades of Top Doctor in both Atlanta and Orlando for many years. She has also been an instructor for Regenerative Medicine courses for RMTI in Jupiter Florida.  In 2024, Dr. Cherukupally completed her 120 hour Life Care Planning training through FIG Education and holds the credential Life Care Planning – Certified (LCP-C).



# EXPERT WITNESS DISCLOSURE

1. This Life Care Plan report sets forth the opinions I reached based on the documents and information that I was provided.
2. The facts and data considered in forming my opinions are summarized in this Life Care Plan report.
3. The Life Care Plan report is subject to amendment if new/additional information becomes available.

# ABOUT LIFE CARE PLANNING

The International Academy of Life Care Planners (IALCP) / International Association of Rehabilitation Professionals (IARP) defines the Life Care Plan as a dynamic document based upon published standards of practice, comprehensive assessment, data analysis and research, which provides an organized, concise plan for current and future needs with associated costs for individuals who have experienced catastrophic injury or have chronic health care needs (International Conference on Life Care Planning, 1998). The development of an individualized plan of care has always been considered an integral part of the medical and rehabilitation process. This type of plan has historically been used by multiple disciplines.  Rehabilitation professionals have created a rehabilitation plan.  Nurses developed a nursing care plan.  Physicians defined a medical treatment plan, and other professions developed plans specific to their practice.  An integrated plan that includes all disciplines and specific costs of care has become an increasingly important aspect of the health care process due to rapid growth in medical technology and an increased emphasis on the cost of care. Life care planning is a transdisciplinary specialty practice.

Each profession brings to the process of life care planning practice standards that must be adhered to by the individual professional, and these standards remain applicable while the practitioner engages in life care planning activities.  Each professional works within their own scope of practice, standards of practice, and regulatory requirements that ensure accountability, provide direction, and describe the mandated responsibilities of their field.  These standards include, but are not limited to, activities related to quality of care, qualifications, collaboration, law, ethics, advocacy, resource utilization, and research.  The Life Care Planner is responsible for following the standards of practice for life care planners.  The Life Care Planner must examine their qualifications, training, and experience as applied to each individual case.  Therefore, knowledge of diagnoses, disability, and future care considerations are necessary components of the professional's competency for the development of each Life Care Plan. The Life Care Plan is a document that provides accurate

and timely information which can be followed by the evaluee (or client) and relevant parties. It is a detailed document that can serve as a lifelong guide to assist in the delivery of health care services. The Life Care Plan reflects a collaborative effort among the various parties, when possible, and goals that are preventative, habilitative, palliative, and rehabilitative in nature and should optimize outcomes. As a dynamic document, the Life Care Plan may require periodic updating to accommodate changes. The goals of the Life Care Plan include: 1) To assist the evaluee in achieving optimal outcomes by developing an appropriate plan of rehabilitation, prevention, and reduction of complications. This includes recommendations that contribute to the evaluee's health, wellness, and quality of life. 2) To provide health education to the evaluee and relevant parties, when appropriate. 3) To specify services and the charges for those services needed by the evaluee and associated costs. 4) To evaluate alternatives for care that take into consideration appropriate and least restrictive options for the evaluee. 5) To communicate the objective of the Life Care Plan to the evaluee and relevant parties, as appropriate. (IALCP / IARP Standards of Practice, 2022).

The American Academy of Physician Life Care Planners (AAPLCP) defines life care planning as the process of applying methodological analysis to formulate diagnostic conclusions, and opinions regarding physical and/or mental impairment and disability for the purposes of determining care requirements for individuals with permanent or chronic medical conditions and quantifying these requirements in monetary terms. AAPLCP defines a Life Care Plan report as comprehensive documents that objectively identify the residual medical conditions and ongoing care requirements of ill/injured individuals, and they quantify the costs of supplying these individuals with requisite, medically related goods and services throughout probable durations of care.

According to the life care planning methodology, topics that are considered (but not limited to) for inclusion in a life care plan include evaluations, therapies, diagnostic testing, medical and adaptive equipment, aids for independent functioning, prescription, and nonprescription medications, home care/facility care, routine medical care, transportation, architectural modifications, potential complications, surgical intervention, and vocational services. There is a standardized procedure for gathering information to develop a Life Care Plan, including an interview with the client, reviewing medical records and supporting documents (when applicable), consulting with treatment providers and/or experts (where appropriate), and researching costs and sources for treatment.

# METHODOLOGY

1. The role of the Life Care Planner is to estimate the costs associated with the client's future care needs to enable the client, as well as the client's family, financial planners, and medical providers, to plan accordingly to ensure that the client receives necessary care in the future. The role of the Life Care Planner does not include rendering a medical diagnosis, opinions on causation, or ordering/prescribing medical care. The Life Care Planner does not have a physician-patient relationship with the client.

2. The methodology utilized in formulating opinions of future care with associated costs is derived from the peer-reviewed, published methodologies and Standards of Practice within the life care planning associations (American Academy of Physician Life Care Planners, International Academy of Life Care Planners/International Association of Rehabilitation Professionals, and American Association of Nurse Life Care Planners).

3. LCPpro®'s methodology is carried out by a transdisciplinary team (doctors, nurses, rehabilitation, vocational, etc.) with the Physician Life Care Planner as the team leader and author of the Life Care Plan. The Life Care Planner has developed his/her opinions with the assistance of a team of licensed, certified, and trained Life Care Planners. LCPpro®'s process of completing a Life Care Plan customarily (but not always) includes a pre-assessment questionnaire, review of provided records, development of a medical chronology, virtual and/or telephonic assessment of the client and significant other (where applicable), collaboration with providers (where applicable), medical research (where applicable), cost research, determination of future care with associated costs, and finalization of the Life Care Plan report. The team helps gather information through the review of the records, requests for additional records (when applicable), and costing research. The Life Care Planner reviews the provided information and reaches a final conclusion of future care with associated costs. The Life Care Planner's recommendations of future care are based on 1) provider recommendations and patterns of care, 2) prior experience, and 3) evidence-based literature.

4. This Life Care Plan serves as a guide for the client and/or family, case managers, and healthcare providers with respect to future care and associated costs. This Life Care Plan has been formulated to provide optimal medical care in an effort to accomplish the Clinical Objectives (or goals) in Life Care Planning, including, but not limited to:

   a. Diminish or eliminate physical and psychological pain and suffering;
   b. Reach and maintain the highest level of function given an individual's unique circumstances;

    c.  Prevent complications to which an individual's unique physical and mental conditions predispose them; and

    d.  Afford the individual the best possible quality of life in light of his/her condition.

5.  This Life Care Plan employs an anticipatory, preventative, and proactive model of care, and its formulation relies upon a reasonable degree of medical probability. It should be understood that this Life Care Plan is not a prescription for care. Rather, it represents a logical model of care that anticipates the medically related goods and services that will likely be required and/or would be beneficial to the client throughout his/her probable duration of care, which could or could not be thru life expectancy. The Life Care Plan can be utilized as a case management tool and for the further purpose of substantiating appropriate medically related financial reserves.

6.  My best effort has been made to consider and utilize the medical, social, psychological, educational, vocational, and rehabilitation data to the extent available and applicable. When possible and appropriate, the goals and desires of the client and/or family are expressed within this Life Care Plan, if known, and if they support the client's best interests. To accomplish the Clinical Objectives in Life Care Planning, I have relied upon my education, training, skills, and professional experience as a practicing doctor and Life Care Planner. When applicable, I have also relied upon the providers' recommendations (or patterns of care noted in the records) of current and future care as well as taken into consideration any published evidence-based guidelines, such as the Official Disability Guidelines by MCG.

7.  Consideration has been afforded to prospective phase changes due to aging and the progression of the client's relevant diagnostic conditions and disabilities. Employing a prognosis-based model of future care, I have also considered possible/potential complications as well as likely/probable complications. The goal is to reduce or avoid these complications in a proactive yet prognosis-based model of care and only include complications that are current and recurring or inevitable given the nature of the diagnosis.

8.  This Life Care Plan presumes that optimal medical care positively affects life expectancy and overall health outcomes for individuals with lifelong and/or long-term medical conditions, as optimal medical care is presumed to mitigate many potential risk factors and complications associated with the client's known medical conditions.

9.  The Life Care Plan is specific to the individual and is intended to follow the client throughout his/her lifetime to ensure funds will be available to properly care for the client.

10. I consider all future medical recommendations in this Life Care Plan to be reasonable and necessary in effort to meet the Clinical Objectives in Life Care Planning.

11. The CDC National Vital Statistics Report (Table 1 – Total Population) is used for the purpose of calculating future care over the client's anticipated life expectancy. This Life Care Planner does not offer opinions regarding gender, ethnicity, reduced life expectancy, or rated age.

12. The costs in the Life Care Plan are presented in today's dollars and in usual, customary, and reasonable charges (UCR), where applicable. No provision has been made for future inflation or present-day value. The costs listed in the Life Care Plan are obtained through methods accepted and utilized in the Life Care Planning industry, such as: 1) actual charges from the client's providers that are considered recent within the last 24 months (when available); 2) median of the 70-80% percentile of UCR charges obtained from three national costing databases (Practice Management Information Corporation Medical Fees Directory (PMIC), Physicians Fee Reference (PFR), and Medata) adjusted to the client's zip code/geographical area; 3) internet research with suppliers, facilities, pharmacies, and vendors; and/or 4) LCPpro®'s proprietary database (Median Cost Research) specific to the cost of injections and surgeries.

   a. The American Medical Association (AMA) defines usual, customary, and reasonable (UCR) as follows:

      i. A usual fee is a fee that is usually charged, for a given service, by an individual physician to his private patient;

      ii. A fee is customary when it is within the range of usual fees currently charged by physicians of similar training and experience, for the same service within the same specific and limited geographical area; and

      iii. A fee is reasonable when it meets the above two criteria and is justifiable, considering the special circumstances of the particular case in question, without regard to payments that have been discounted under governmental or private plans.

      iv. UCR is defined as the amount paid for a medical service in a geographical area based on what providers in the area usually charge for the same or similar medical service.

   b. If actual charges within the last 24 months, estimates, or costs specific to a certain procedure/surgery are available from the provider, LCPpro®'s protocol is to use these actual charges in the Life Care Plan tables.

   c. If actual charges are not available from the provider, LCPpro® then defaults to usual, customary, and reasonable (UCR) charges from national costing databases, LCPpro®'s Median Cost Research, and/or internet research.

      1. Established in 1983, the Physicians Fee Reference (PFR) is published by Wasserman Medical & Dental. The PFR is a subscription-based resource that incorporates, evaluates, and synthesizes data each year from the 'CMS Limited Data Set' and 'Defense Health Agency,' which contains over 35 million claims from all US localities. The PFR information is presented nationally by percentile at the 50th, 75th, and 90th percentile and adjusted by uniform conversation factors also known as geographical multipliers. PFR geographic

multipliers are provided to adjust national PFR fee references to local values based on the 3 digit zip code prefixes. The PFR is a nationally recognized and accepted resource within the Life Care Planning community that is regularly relied upon to provide cost estimates in the context of Life Care Plans.

2. The Medical Fees Directory is a published collaboration between Practice Management Information Corporation (PMIC) and Context4 Healthcare, Inc. The Medical Fees Directory is in its 27th annual edition. The PMIC is based off 600 million claims from all US localities. The Medical Fees Directory is also a subscription-based resource. The Medical Fees Directory is another nationally recognized and accepted resource within the Life Care Planning community that is regularly relied upon to provide cost estimates in the context of Life Care Plan.

3. Established in 1975, the MedRisk Medata (Medata) is an online database specializing in the field of medical bill review and cost containment. Medata is based on a real-time review of claims from all US localities. Medata is a paid online subscription renewed on an annual basis. Medata is another nationally recognized and accepted resource within the Life Care Planning community that is regularly relied upon to provide cost estimates in the context of Life Care Plan.

4. LCPpro®'s Median Cost Research is a confidential, proprietary, and trade secret database that LCPpro® created utilizing data from more than 2,000 cases. LCPpro®'s Median Cost Research is based on actual provider charges and actual provider estimates for injections and surgeries. LCPpro®'s Median Cost Research utilizes information from the last 24 months to identify the median charge from its extensive database to provide a cost estimate for a particular injection or surgery. LCPpro®'s Median Cost Research proprietary database is updated on a quarterly basis (when applicable).

13. This Life Care plan report is being submitted with the understanding that additional information could be received from the providers. The Life Care Plan recommendations could or could not be subject to change with a review of the additional medical information from the providers. The Life Care Plan should be reviewed/updated when there are significant changes to the client's medical condition.

14. Efforts have been made to collaborate with current providers to support the Life Care Plan recommendations. Collaboration efforts include three attempts to reach the provider via letter with follow-up phone calls. If these attempts are unsuccessful, the opinions of future care are based on the provided information, assessment, research, and knowledge/skills/training/experience. The Life Care Planner reserves the right to revise the Life Care Plan at a later date if collaboration becomes available.

15. Dr. Steven Barnett serves as the Strategic Health Advisor for LCPpro®, LLC. Dr. Barnett's role is to support and advise the LCPpro® team to ensure an accurate and quality-focused service. This includes, but is not limited to, staffing cases with the LCPpro® team and referral source, reviewing cases to determine the most appropriate product and timing of referral, oversight of the systems and processes for life care planning process, support/guidance to the LCPpro® team including the Physician Life Care Planners, and reviewing Life Care Plan reports for quality assurance and adherence to the methodology. Dr. Barnett graduated from Brooklyn College with a Bachelor of Science Degree in January of 1976 and then attended Palmer College of Chiropractic in Davenport, Iowa, graduating in September of 1979. Upon graduation, he accepted a teaching position at Life University in Marietta, Georgia. Later that year, Dr. Barnett opened Barnett Chiropractic Office(s) PC in Stone Mountain, Georgia. He practiced and developed one of the most successful chiropractic offices in Georgia until retiring in 2009. Very shortly after announcing his retirement, he was hired by Dekalb Medical Center in Decatur, Georgia, and named the Director of Chiropractic Relations for the Dekalb System. It was a new position created specifically for him. The program became so successful it gave birth to The Chiropractic Referral Index, which is one of the largest privately held Chiropractic Networks in the country, involving thousands of healthcare providers of all disciplines. Carefully trained as a hospital administrator, Dr. Barnett's position at the hospital expanded into business development. He co-created the motor vehicle information service at Dekalb Medical 404 501 AUTO and served as the triage coordinator for injured patients needing additional assistance and support. This program was duplicated but never replicated by other hospital systems. Dr. Barnett quickly became a much sought-after national consultant and speaker for other hospital systems, including The Mayo Clinic in Jacksonville, Florida. He was the Keynote Speaker at The Mayo for The Neuroscience and Neurosurgical Lecture Series in 2018 becoming the first chiropractor to deliver the keynote address at The Mayo Clinic. Dr. Barnett also served as the Director of Chiropractic Relations and Business Development for North Fulton Hospital in Roswell, Georgia, establishing a chiropractic database and a funded spine surgery program. His administration prowess and vision resulted in him serving as a consultant for several neurosurgical centers and orthopedic groups. In 2018, Emory merged with Dekalb Medical Center, making it the largest hospital system in Georgia. Dr. Barnett served this 30,000-employee system as the Director of Chiropractic Relations. In 2021, due to his multifaceted background and understanding of personal injury, he expanded his knowledge by completing a nationally recognized 120-hour certification program from FIG Education, Inc., earned FIG's Life Care Planning – Certified (LCP-C) credential, earned certification by the Academy of Certified Brain Injury Specialists & Brain Injury Association of America, and became a Board Certified Life Care Planner (#1596) through the International Commission on Health Care Certification (ICHCC).  In 2024, he also received the Certified Health Professional Life Care Planner (CHLCP) from the Universal Life Care Planner Certification Board.  In 2024, Dr. Barnett was appointed the Director of Chiropractic Community Care Network with the Veterans Administration.

# RECORDS REVIEWED

| Facility / Provider Group | Provider / Specialty | Dates |
|---|---|---|
| Northside Hospital Gwinnett | Nicholas Boyko, MD / Emergency Physician | 12/30/2021 – 12/31/2021 |
| Strickland Family Medicine Center | Joanne So, DO / Family Medicine<br>Allison Guimaraes, MD / Family Medicine | 01/04/2022 – 07/21/2023 |
| Resurgens Orthopaedics | Raymond Hui, MD / Orthopedic Surgeon<br>Caitlyn Giuici, PT / Physical Therapist | 02/07/2022, 02/18/2022 |
| Ortho Sport and Spine Physicians | Hayden Frolo, NP / Nurse Practitioner<br>Melanie Clark, NP / Nurse Practitioner<br>Hany Helmi, MD / Pain Management<br>Phillip Langer, MD / Orthopedic Surgeon<br>Jonathan Whittington, ATC, OTC / Certified Athletic Trainer, Certified Orthopaedic Technologist<br>Michael Ferrell, MD / Orthopedic Surgeon | 03/16/2022 – 10/11/2024 |
| Northside Radiology Associates | Neel Patel, MD / Radiologist<br>Steven Moss, MD / Radiologist | 04/02/2022, 09/15/2023, 03/05/2024 |
| Atlanta Rehab and Performance Center | John Hagye, PT / Physical Therapist | 06/20/2022 – 01/05/2023 |
| Atlanta Rehab and Performance Center | Crystal Busbee, PT / Physical Therapist<br>Mary Lawrence, PTA / Physical Therapy Assistance | 05/15/2023 – 09/28/2023 |
| Atlanta Rehab and Performance Center | Crystal Busbee, PT / Physical Therapist | 12/05/2023 – 08/01/2024 |

# MEDICAL DIAGNOSES (from medical records)

| |
|---|
| History of fall |
| Cervical facet joint syndrome |
| Cervical radiculopathy |
| Cervicalgia |
| Cervical spondylosis |
| Lumbar facet joint syndrome |
| Low back pain, unspecified |
| Low back strain |
| Right shoulder pain |
| Superior glenoid labrum lesion of right shoulder, initial encounter |
| Sprain of right rotator cuff capsule, initial encounter |
| Impingement syndrome of right shoulder |
| Adhesive capsulitis of right shoulder |
| Bicipital tendinitis, right shoulder |
| Status post arthroscopy of right shoulder |
| Strain of muscles and tendons of the rotator cuff of right shoulder, initial encounter |
| Nondisplaced fracture of acromial process of right scapula |
| Contusion of right hip, sequela |
| Insomnia |
| Anxiety |

# MEDICAL CHRONOLOGY

**12/30/2021 – 12/31/2021**

Ms. Umukija Mickle presented, via private vehicle, to Northside Hospital Gwinnett Emergency Room (ER) for evaluation of the injuries that she had sustained on the evening of 12/30/2021 when she slipped and fell on the wet flooring at a Walmart. She stated that she had hit her head against the ground and experienced sudden onset mild neck and low back pain. Ms. Mickle denied losing consciousness. She indicated that she was now experiencing occipital pain that radiated to her posterior neck, both shoulders, her entire back, and left knee.  Ms. Mickle remained awake, and alert and her upper extremity strength and sensation remained normal. A CT of her head, cervical and lumber spine showed no acute abnormality. Prescriptions for Ibuprofen, Lidocaine Patches, and Zanaflex were provided prior to discharge.

**01/04/2022**

Ms. Mickle presented to Dr. Joanne So/Family Medicine at Strickland Family Medicine Center for evaluation and treatment of injuries that she sustained when she slipped and fell. She indicated that she had slipped on some liquid that was on the ground and stated that there was no caution sign next to it. Ms. Mickle reported that the medications that she was prescribed from the ER had not been helping. She stated that her worst pain was in her lower back and right hip and that she had been using a cane to walk. Ms. Mickle's stated that her cervical pain "trickles down back". She stated that she had been experiencing anxiety and insomnia. Ms. Mickle's was to return to the office in 2 weeks for re-evaluation.

**01/18/2022**

Ms. Mickle presented to Dr. So/Family Medicine at Strickland Family Medicine Center for re-evaluation. She reported that her symptoms had been severe and had been occurring constantly. Ms. Mickle indicated that she had not tolerated the Ibuprofen; however, she had been taking Amitriptyline for her insomnia. She stated that the pain was worse in her right shoulder, hip, and knee.  Ms. Mickle described her pain as throbbing and sharp and noted that she had been experiencing numbness and tingling in her right shoulder. She rated her pain at rest at 8/10 and at 10/10 during physical activity. Dr. So noted that Ms. Mickle continued to use a cane while walking and that she had been having difficulties with activities of daily living (ADLs). Dr. So prescribed Cyclobenzaprine and Diclofenac Topical and referred Ms. Mickle to an orthopedic surgeon for evaluation.

**02/07/2022**

Ms. Mickle presented to Dr. Raymond Hui/Orthopedic Surgeon at Resurgens Orthopaedics for complaints of pain in her right shoulder, arm, lower back, and legs. She rated her pain and spasms at 10/10. Radiology studies were obtained. Dr. Hui ordered cervical and lumbar MRIs and physical therapy (PT).

- X-ray, Right Shoulder:  Type II acromion. Negative for fracture.

- X-ray, Cervical Spine: Mild multilevel degenerative disc disease.

- X-ray, Lumbar Spine: Negative.

**02/18/2022**

Ms. Mickle presented to PT Caitlyn Giudici/Physical Therapist at Resurgens Orthopaedics for evaluation and treatment of her shoulder pain. She attended 1 session. Treatment included therapeutic exercise and hot/cold pack.

**03/16/2022**

Ms. Mickle presented to NP Hayden Frolo/Nurse Practitioner at Ortho Sport and Spine Physicians for evaluation of her right shoulder, neck, and low back pain. She reported that she had a slip and fall at Walmart, where she fell down on the wet floor. Ms. Mickle stated that, when she fell, she landed on her lower back and hit her head. She complained of constant, right-sided, neck pain, that had been sharp and achy, with radiation down to her right upper extremity, with numbness and tingling to the right hand. Ms. Mickle also complained of achy, throbbing lower back pain across her lumber region, without radiculopathy. She indicated that her neck and low back pain had been worse with lifting, sitting, and bending over. In addition, she reported constant, right shoulder pain with activities above the horizon. <u>NP Frolo ordered right shoulder, cervical, and lumbar MRIs, prescribed an LSO brace, Meloxicam, Flexeril, and Dendracin Topical, and recommended chiropractic care.</u> Ms. Mickle was to return to the office in 2 weeks.

**04/02/2022**

- MRI, Cervical Spine (referred by NP Frolo):
  1. C2-C3: Partial narrowing right foramen. Patent central canal and left foramen.
  2. C3-C4: Partial narrowing central canal and bilateral neural foramina.
  3. C4-C5: Moderate-to-severe left foraminal narrowing. Patent central canal foramen.
  4. C5-C6: Partial narrowing of the left foramen. No significant canal or right foraminal stenosis.
  5. Straightening the central alignment with multilevel disc height loss. No fracture. No subluxation.

- MRI, Lumbar Spine (referred by NP Frolo):
  1. Normal lumbar height. No fracture. No subluxation.
  2. L1-L2: Posterior disc bulge with posterior central annular fissure. Partial narrowing central canal without foraminal stenosis.
  3. L3-L4: Annular bulging and posterior element hypertrophy contributing to partial narrowing bilateral neural foramina without canal stenosis.
  4. L4-L5: Disc bulge with left paracentral annular fissure and low-grade posterior element hypertrophy. Partial narrowing bilateral neural foramina without significant canal stenosis.

5. L5-S1: Posterior annular bulge with a right foraminal annular fissure and low-grade facet hypertrophy. No significant canal or foraminal stenosis.

- MRI, Right Shoulder (referred by NP Frolo):
    1. Full-thickness tear of the anterior to mid supraspinatus tendon insertion. Insertional infraspinatus and subscapularis tendinosis. No rotator cuff muscle atrophy.
    2. Partial tearing long head of the biceps tendon.
    3. Altered signal superior and posterosuperior labrum, suspicious for tearing.
    4. Mild acromioclavicular and glenohumeral osteoarthrosis. No fracture.
    5. Small glenohumeral joint effusion and small volume fluid in the subacromial/subdeltoid bursa.

**04/14/2022**

Ms. Mickle presented to NP Melanie Clark/Nurse Practitioner at Ortho Sport and Spine Physicians for re-evaluation and review of her MRIs. She reported that her symptoms had remained severe, with the greatest pain in the right shoulder. Ms. Mickle described her shoulder pain as sharp, with weakness in the shoulder, due to the pain and rated it at 10/10. Ms. Mickle reported that she had been doing her home exercise program; however, she had not started formal PT for her shoulder. Ms. Mickle described her bilateral posterior cervical pain as deep, aching, and sharp, primarily on the right side of her neck, with radiation to the entire right upper extremity, with numbness and tingling. She stated that this pain had occurred intermittently and rated it at 7/10. Ms. Mickle described her lumbar pain as intermittent, sharp, and aching across the lower back with no radicular component.

NP Clark reviewed all MRIs. She indicated that she was not sure why Ms. Mickle had a subjective radiculopathy on the right, as there was no evidence of nerve root compression in the cervical spine to the right. She noted that her shoulder pain had been consistent with a rotator cuff tear and possible labral pathology with bicipital tendinitis. NP Clark provided Ms. Mickle a shoulder home exercise program and recommended that she enroll in PT for her shoulder, cervical, and lumbar spine. She recommended a right shoulder arthroscopy rotator cuff repair, subacromial decompression, biceps tenodesis versus tenotomy, possible superior labrum anterior to posterior (SLAP) debridement, and lysis of adhesions of the posterior capsule. NP Clark also recommended a bilateral C4-C7 intra-articular facet injection and a bilateral L3-S1 intra-articular facet injection. She recommended that Ms. Mickle continue taking Meloxicam, Cyclobenzaprine, and Dendracin. Ms. Mickle was to return to the office in 4 weeks.

**04/21/2022**

- Procedure (by Dr. Hany Helmi):  Cervical facet joint injection, bilateral C4-C5, C5-C6, C6-C7 – helped for 4-5 days.

**04/28/2022**

- Procedure (by Dr. Hany Helmi):  Lumbar facet joint injection, bilateral L-3-L4, L4-L5, L5-S1 – helped for 4-5 days.

**05/17/2022**

Ms. Mickle presented to NP Clark/Nurse Practitioner at Ortho Sport and Spine Physicians for re-evaluation. She reported that her cervical symptoms had returned in full, and that the pain had been the greatest on the right side of her neck and included her right shoulder. Ms. Mickle stated that her lumbar pain had occurred more intermittently. She rated her back pain at 6/10 and her shoulder pain at 10/10. NP Clark noted that Ms. Mickle had a partial response to her spinal injections and that her shoulder pain had been the most severe.

<u>NP Clark recommended that Ms. Mickle proceed with her shoulder surgery and noted that her cervical injection could be repeated versus a facet radiofrequency ablation (RFA). She also indicated that, eventually, a lumbar facet RFA could be considered. NP Clark recommended that Ms. Mickle continue with her home exercise program (HEP) over the long term and that she continue with modality therapy, as needed.</u> Ms. Mickle was released from care; however, could follow up as needed.

**06/06/2022**

Ms. Mickle presented to Dr. Phillip Langer/Orthopedic Surgeon at Ortho Sport and Spine Physicians for a pre-operative consultation prior to her surgery on 06/14/2022.

**06/14/2022**

- Procedure (by Dr. Langer): Right shoulder arthroscopy rotator cuff repair supraspinatus with a single-row technique, with Arthrex 4.75 mm SwiveLock x1, right shoulder biceps tenotomy, right SAD, right shoulder superior labral debridement, right shoulder lysis of adhesions – AS/AI posterior capsule.

**06/15/2022**

Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon at Ortho Sport and Spine Physicians for her first post-operative visit. Ms. Mickle was to return to the office in 10 days for suture removal.

- X-ray, Right Shoulder: Anatomic placement of the humeral head in relation to the glenoid and an adequate anterior acromioplasty.

**06/20/2022 – 01/05/2023**

Ms. Mickle presented to PT John Hagye/Physical Therapist at Atlanta Rehab and Performance Center for evaluation and treatment of her shoulder. She attended 22 therapy sessions. Treatments included manual therapy, therapeutic exercises, therapeutic activities, electrical stimulation, and hot/cold packs. On 07/22/2022 Ms. Mickle reported that that she had hit her right shoulder on a door jam the night before during her mobilization period.

**06/23/2022**

Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for evaluation following her right shoulder surgery. She reported that she had been using her abduction sling and that she had been attending PT and felt that it was beneficial. Ms. Mickle's staples had been removed. She was to return to the office in 2 weeks.

**07/14/2022**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. <u>She was instructed to discontinue her abduction sling and continue PT.</u> Ms. Mickle was to return to the office in 1 month.

**08/11/2022**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She noted that she was happy with her progress. <u>Dr. Langer recommended that Ms. Mickle continue with PT.</u> Ms. Mickle was to return to the office in one month.

**08/19/2022**
Ms. Mickle presented to Dr. Allison Guimaraes/Family Medicine at Strickland Family Medicine Center for complaints of right shoulder pain and a request for a pain management referral. She stated that she had been started on Tramadol; however, she stopped taking it since it provided limited relief of symptoms. Ms. Mickle reported that her injury had been extremely debilitating and triggered her underlying anxiety and depression. She stated that she had been having difficulty sleeping because of the pain and that she had not been able to lie on her predominate side to sleep. Ms. Mickle reported that she had been having moments where she had been feeling helpless and having low energy to the point that she had to drag herself to do things. <u>Dr. Guimaraes prescribed Duloxetine and provided a referral for pain management.</u>

**09/08/2022**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for evaluation. She reported that she had had a 2-week gap in her PT and that her shoulder had gotten significantly stiffer. Dr. Langer advised Ms. Mickle to continue with PT and her HEP. Ms. Mickle was to return to the office in 1 month.

**09/29/2022**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for evaluation. She reported that she had not attended PT for 2 weeks due to a recent bunion surgery on 09/27/2022; however, she was scheduled to return in the next week. <u>Ms. Mickle was instructed to continue with PT, her HEP, and to be aggressive with her internal rotation stretches.</u> She was to return to the office in 1 month.

**10/27/2022**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for evaluation. She reported that she had been having right shoulder pain and she stated that she had been attending PT once a week. Ms. <u>Mickle was advised to continue with her HEP 4-6 times a week.</u> She was to return to the office in 6 weeks.

**12/08/2022**
Ms. Mickle presented to Dr. Hany Helmi/Pain Management at Ortho Sport and Spine Physicians for evaluation of her neck and low back pain. She rated her neck and low back pain at 7-8/10 and described it as an

intermittent, moderate, achy, sharp sensation. Dr. Helmi noted that Ms. Mickle had been taking Tramadol and using a back support. <u>He advised Ms. Mickle to return to the office, as needed</u>.

**12/14/2022**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for evaluation. She reported that she had 7 PT sessions remaining. Ms. Mickle's main complaint had been difficulty with active range of motion (ROM) and decreased strength. She reported that she had not been able to frequently raise her arm over her head and complained of moderate pain when lifting greater than 10 pounds. Ms. Mickle reported that she had been taking Oxycodone HCL. Dr. Langer noted that Ms. Mickle had not returned to preinjury level of function and <u>indicated that he would like her to focus on rotator cuff strength</u>. Ms. Mickle was given a work status slip allowing her to return to work without restrictions. She was to return to the office in 2 months for reassessment and, if there had been no improvement, then she would be at maximal medical improvement (MMI).

**02/16/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had been doing her HEP; however, she had not felt any improvement in her strength or ROM since her last visit. Ms. Mickle indicated that she had continued to have weakness and difficulty with overhead motion, as well as sharp pains. <u>Dr. Langer recommended a repeat right shoulder MRI, due to concern for possible retear versus new rotator cuff tear.</u>

**02/24/2023**
- MRI, Right Shoulder (referred by Dr. Langer):
    1. Large full-thickness tear supraspinatus retraction back to the glenohumeral joint is evidence of prior rotator cuff repair.
    2. Infraspinatus tendinopathy with superimposed partial undersurface tearing.
    3. Hypertrophic AC joint changes with inferiorly directed osteophytes.
    4. Non-visualized intra-articular biceps tendon, possibly related to prior biceps tenodesis and recommend correlation patient's prior surgical history.
    5. Attenuated superior labrum likely a related labral debridement.

**03/02/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation and review of her MRI. <u>Dr. Langer noted that Ms. Mickle had a retear of her rotator cuff and indicated that an arthroscopic right shoulder and rotator cuff repair, revision subacromial decompression, possible revision lysis of adhesions, possible chondroplasty, and possible debridement was indicated.</u>

**03/31/2023**
- Procedure (by Dr. Langer): Arthroscopy revision right shoulder rotator cuff repair supraspinatus TOE double-row technique, with Arthrex 4.75 mm SwiveLock x3 + Arthrex 5.5 mm SwiveLock x1. Arthroscopic revision right shoulder subacromial decompression.

**04/03/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for her first post-operative visit. Ms. Mickle was to return to the office in 10 days for her suture removal.

- X-ray, Right Shoulder: Anatomic placement of the humeral head in relation to the glenoid and an adequate anterior acromioplasty.

**04/12/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. She stated that she had been compliant with using her abduction sling. Dr. Langer noted that Ms. Mickle had 2 problematic stables with had to be removed manually. Ms. Mickle was advised to continue using an abduction sling and HEP. Ms. Mickle was to return to the office in 2 weeks.

**04/26/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. Dr. Langer recommended that Ms. Mickle discontinue her sling, begin PT, and return to the office in 1 month.

**05/15/2023 – 09/28/2023**
Ms. Mickle presented to PT Crystal Busbee/Physical Therapist at Atlanta Rehab and Performance Center following her right shoulder surgery. She attended 9 therapy sessions. Treatments included manual therapy, therapeutic exercises, therapeutic activities, electrical stimulation, and hot/cold packs. Ms. Mickle was provided with a transcutaneous electrical nerve stimulation (TENs) unit to use at home. It was noted that Ms. Mickle had not been consistent in attending PT, had made little PT progress, and was not a good candidate for PT.

**06/14/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had not yet been contacted by PT. The PT order was re-sent. Ms. Mickle was to return to the office in 1 month.

**07/19/2023**
Ms. Mickle presented to Dr. Langer/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. Dr. Langer noted that Ms. Mickle had continued to make progress. She was informed that Dr. Langer was leaving the

practice and that she would be assigned to Dr. Michael Ferrell/Orthopedic Surgeon. Ms. Mickle was to return to the office in 1 month.

**08/17/2023**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation. She complained of moderate-to-severe pain with difficulty raising her arm overhead. <u>Dr. Ferrell recommended extending PT for 6 weeks, with focus on rotator cuff (RTC) strength, and that she obtain a right shoulder MRI to assess the integrity of the revision repair.</u>

**09/15/2023**
- MRI, Right Shoulder (referred by Dr. Ferrell):
    1. Complete full-thickness, full width tear of the repaired supraspinatus tendon with retraction to the glenoid with tearing partially extending into the anterior infraspinatus insertion. Diffuse thinning and chronic partial tearing of the distal subscapularis muscle atrophy.
    2. Absent intra-articular long head of the biceps tendon with retraction distally beyond the field-of-view.
    3. Diffuse blunting and irregularity the superior labrum extending from anterior to posterior.
    4. Mild-to-moderate acromioclavicular osteoarthrosis.
    5. Glenohumeral joint effusion communicating with the subacromial/subdeltoid bursa.

**09/21/2023**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon and ACT, OCT Jonathan Whittington/ Certified Athletic Trainer, Certified Orthopaedic Technologist at Ortho Sport and Spine Physicians for re-evaluation and review of her MRI. She stated that she had no further improvement from PT and that she had continued to have severe weakness and inability to raise her arm over shoulder height. Dr. Ferrell discussed, with Ms. Mickle, treatment of her recurrent rotator cuff tear, including a revision of her rotator cuff repair with bio inductive implant reverse total shoulder replacement. He indicated that he did not believe a reverse total shoulder replacement was a good option at that point. <u>Dr. Ferrell indicated that they would proceed with a shoulder revision, as discussed.</u>

**10/31/2023**
- Procedure (by Dr. Ferrell): Right shoulder arthroscopy superior capsular reconstruction with allograft dermal patch. Placement of subacromial spacer.

**11/15/2023**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for her first post-operative visit. She reported that she had been having some problems with her current pain regimen and believed that her Percocet had been causing headaches. Ms. Mickle indicated that she had not yet started PT and reported that her shoulder had been more painful than the previous 2 shoulder procedures. Dr. Ferrell noted that Ms. Mickle would be starting some pendulum exercises. <u>He indicated that PT would be delayed for a month and that he would switch her medication to Hydromorphone for pain control.</u>

**12/05/2023 – 08/01/2024**
Ms. Mickle presented to PT Crystal Busbee/Physical Therapist at Atlanta Rehab and Performance Center for evaluation and treatment of her shoulder. She attended 13 physical therapy sessions. Treatments included manual therapy, therapeutic exercises, therapeutic activities, electrical stimulation, and hot/cold packs.

**12/20/2023**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had gone to PT for one week, 3 times, and that she felt that it had been too much. Ms. Mickle stated that her pain had been well controlled and that she was still needing the Hydromorphone, occasionally, for sleep-limiting pain. Dr. Ferrell recommended continuing with PT twice a week. Ms. Mickle's was to return to the office in 1 month.

**02/01/2024**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had started having the sensation of a squishy feeling in her shoulder; she continued to have limited active ROM for forward flexion; and that she had also had some sleep limiting pain. Dr. Ferrell noted that Ms. Mickle had been taking Hydromorphone for pain. He recommended that she continue with PT and return to the office in 1 month.

**02/29/2024**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. Dr. Ferrell noted that Ms. Mickle had been having pain out of proportion to the point in her rehabilitation and that she had continued to have activity and sleep limiting pain. He recommended a right shoulder cortisone injection and indicated that he hoped that, once the pain calmed down, she should resume PT. Ms. Mickle was to return to the office in 1 month.

- Procedure (by Dr. Ferrell): Cortisone injection, right shoulder subacromial space.

**03/05/2024**
- MRI, Right Shoulder (referred by Dr. Ferrell):
    1. Complete re-tear of the supraspinatus tendon with a large gap and retention of the myotendinous junction.
    2. There is at least a high-grade partial re-tear of the subscapularis tendon.
    3. Stable atrophy in the infraspinatus and subscapularis muscle bellies.
    4. Type II acromion with osteoarthritis of the acromioclavicular joint.
    5. Complete tear of the intra-articular portion of the long head of the biceps tendon.
    6. Blunting and irregularity again noted in the superior labrum extending from the anterior to posterior.

**04/10/2024**

Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had been having sleep limiting pain and difficulties with activities of daily living. <u>Dr. Ferrell reviewed Ms. Mickle's right shoulder MRI and discussed a right reverse total shoulder arthroplasty.</u>

**04/22/2024**

- Procedure (by Dr. Ferrell): Right reverse total shoulder arthroplasty.

**04/23/2024**

Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for first post-operative visit. She reported that Percocet had not been providing her with adequate pain control and that she had been quite uncomfortable. Dr. Ferrell noted that Ms. Mickle's Hemovac had been half full and that he would continue her drain for another day. He refilled Ms. Mickle's Hydromorphone. Ms. Mickle was to return to the office in 13 days.

- X-ray, Right Shoulder: Good placement of reverse total shoulder components. The shoulder is well located.

**05/08/2024**

Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had weaned herself off the Hydromorphone and had switched over to Percocet. Ms. Mickle indicated that she was interested in spacing the Percocet with Ibuprofen. <u>Dr. Ferrell refilled Ms. Mickle's Percocet; recommended that she start taking Ibuprofen; and indicated that she should start PT.</u> Ms. Mickle was to return to the office in 1 month.

- X-ray, Right Shoulder: Demonstrated a reverse total shoulder arthroplasty with well-placed components. No evidence of loosening or other abnormalities. No evidence of scapular notching.

**06/12/2024**

Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had begun PT and that she felt that she had been making good progress; however, she still had been having some sleep limiting pain, at times. <u>Dr. Ferrell refilled Ms. Mickle's medications and advised her to continue PT.</u> Ms. Mickle was to return to the office in 1 month.

**08/02/2024**

Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation. She reported that she had had an increase in pain over the past month and that the pain had been worse with forward elevation. Ms. Mickle denied recent trauma. Dr. Ferrell indicated that Ms. Mickle's physical examination had been concerning for possible acromial stress fracture. <u>He ordered a 3-phase bone scan to rule out the fracture.</u>

- X-ray, Right Shoulder: Showed no fracture or dislocation. There is no change in the component position or evidence of loosening.

**10/11/2024**
Ms. Mickle presented to Dr. Ferrell/Orthopedic Surgeon at Ortho Sport and Spine Physicians for re-evaluation following her bone scan. Dr. Ferrell noted that Ms. Mickle's bone scan had been consistent with a right acromial stress reaction. He noted that Ms. Mickle had been exquisitely tender to palpation over the acromion and with deltoid testing. <u>Dr. Ferrell recommended that Ms. Mickle use a sling for a month to rest her shoulder</u> and then return to the office in 1 month for re-evaluation.

# CURRENT PROVIDERS & CARE

**Ortho Sport and Spine Physicians**
**Michael Ferrell, MD / Orthopedic Surgeon**
**Phone Number 404-935-9110**
**Fax Number 770-234-6735**

- Last Appointment: 10/11/2024
- Next Appointment: 11/15/2024
- Plan: Recommend using a sling for a month to rest her shoulder. According to Ms. Mickle she sees Dr. Ferrell every month or two for medication management and surgery follow-ups.

# MEDICATIONS

| Medication (*Generic) | Dose & Frequency | Prescribing MD | Reason for Taking |
|---|---|---|---|
| Oxycodone | 10/325, 3 times a day | Dr. Ferrell | Pain |

## SYMPTOMS / LIMITATIONS / ACTIVITIES OF DAILY LIVING

On 11/14/2024, this Life Care Planner met with Ms. Mickle via Google Meet. Ms. Mickle shared the following ongoing symptoms, limitations, and ADLs since the accident:

- Have you ever had any injury or treatment to the same body parts as were injured in this accident? - No
- Did you have any pre-existing conditions that you were seeking treatment, taking medications, or affected your physical activities? -
  o Pre-existing conditions - none
  o Pre-existing medications - none
  o Pre-existing symptoms - none
  o Pre-existing limitations - none
- What is your current treatment related to accident? - Medications
- If received injections / surgery, was it helpful? - Injections were no help, has had 4 surgeries since then- not sure if the last one has been helpful since she is still in pain.
  o When was your last injection? - 2021
  o How much relief did you receive? - none
  o Are there any injections scheduled in the future? - no
- Has there been any discussion regarding surgery? - yes
  o If yes, who & what type of surgery? - multiple shoulder, with replacement
- If PT/OT/chiro, was it helpful - PT helpful temporary only. chiro helped the low back
  o Are you currently attending PT/OT/chiro? - no
- Current symptoms
  o Right shoulder pain
  o Neck pain
- What makes symptoms worse?
  o Rain, using the arm, cannot lift, raising her arm. trouble doing hair,
- What makes symptoms better?
  o Medications
- Current limitations
  o Cannot lift objects
  o Can't lift grandchildren
  o Trouble doing hair
  o Trouble using arm
- Any trouble sleeping? - yes

- Any difficulty with mobility? - no
- Any difficulty with driving? - Able to drive without issue, uses left arm
- Any changes with intimacy/sexual functioning? - no
- How has your general health changed since the accident (weight gain/weight loss, not as active, feel sad/hopeless/worthless)? - Depression, not as active
- Current height: - 5'10"
- Current weight: - 218
- Do you smoke? - yes
    - If yes, what? - cigarettes, 5 in a week not daily
- Who lives in the house with you? - spouse, granddaughter
    - If minors, what are their ages? - 10 years
- Do you take care of or help take care of anyone else (such as an aging parent, disabled child, grandchildren, etc.)? - granddaughter is disabled
    - If yes, how has the accident changed your caregiving abilities? - can't play with her or lift her now
- Are you using anything at home or work to help with your symptoms (TENS unit, H-wave unit, heating pad, ice pack, brace, etc.)? - ice pack
    - If yes, were you using these items before the accident? – no
- Are you using any durable medical equipment (cane, crutches, walker, wheelchair, reacher/grabber, shower chair, grab bars in bathroom, etc.)? - no
- Self ADLs (dressing, bathing/showering, toileting, hygiene, taking medications, etc.)
    - Were you independent with your self ADLs before the accident? - yes
    - Do you currently have pain (or increased pain) with your self ADLs? - yes
    - Does anyone (family, friend, hired help) provide assistance with your self ADLs (provide details) - spouse helps
        - If yes, what kind of assistance (provide details)?- helps do hair, bathe, dress
        - If this person helping you wasn't available, would you be able to live at home by yourself and take care of yourself? - no
- Home ADLs (cleaning, cooking, laundry, transportation, etc.)
    - Were you independent with your home ADLs before the accident? - yes
    - Do you currently have pain (or increased pain) with your home ADLs? - yes
    - Does anyone (family, friend, hired help) provide assistance with your home ADLs - yes
        - If yes, who provides assistance? - spouse
        - If yes, what kind of assistance (provide details)?- she helps with cleaning and household duties and laundry
        - If this person helping you wasn't available, would you be able to live at home by yourself and take care of your home? - no
- Home maintenance (changing lightbulbs/batteries/filters, cleaning gutters/windows, minor home repairs, heavy cleaning, etc.)

- o   Were you independent with your home maintenance before the accident? - She rents her place, and the company takes care of it.
- Yard maintenance (mowing, trimming, weed eating, raking leaves, snow shoveling, etc.)
  - o   Were you independent with your yard maintenance before the accident? - yes
  - o   Do you currently have pain (or increased pain) with your yard maintenance? - yes
  - o   Does anyone (family, friend, hired help) provide assistance with your yard maintenance (provide details) - She hires someone to do it
    - ▪   If yes, do you pay for assistance? - yes
      - ●   If yes, how much? - $60
      - ●   If yes, how often (hours per day/week/month)? – every other month
    - ▪   If this person helping you wasn't available, would you be able to live at home by yourself and take care of your yard? - no
- Current work status (has work changed since accident) - She was a director of a non-profit, and at Amazon.  Not able to do the Amazon due to lifting restriction.  She is on long term disability now from amazon. She is able to do the non-profit with phone services but not any of lifting the materials.

# COLLABORATION / PROVIDER RECOMMENDATIONS

- On 01/18/2022 , Dr. So prescribed Cyclobenzaprine and Diclofenac Topical and recommended an orthopedic consult.
- On 02/07/2022, Dr. Hui ordered cervical and lumbar MRIs and recommended PT.
- On 03/16/2022, NP Frolo prescribed an LSO brace, Meloxicam, Flexeril, Dendracin Topical, chiropractic care, and ordered cervical and lumbar spine MRIs and a right shoulder MRI.
- On 04/14/2022, NP Clark recommended right shoulder surgery, bilateral cervical intra-articular facet injections at C4-C5, C5-C6, C6-C7 and bilateral L3-L4, L4-L5, and L5-S1 intra-articular facet injections. She also recommended continuing with her medication regimen.
- On 05/17/2022, NP Clark recommended proceeding with shoulder surgery. She also recommended repeating the cervical injections versus a facet RFA and a lumbar facet RFA in the future and noted that Ms. Mickle should continue with her HEP over the long-term and continue with modality therapy as needed.
- On 07/14/2022, Dr. Langer recommended discontinuing the sling and continuing with PT.
- On 08/11/2022, Dr. Langer recommended continuing with PT.
- On 08/19/2022, Dr. Guimaraes prescribed Duloxetine and provided a referral to pain management.
- On 09/08/2022, Dr. Langer recommended continuing with PT and the HEP.
- On 09/29/2022, Dr. Lange recommended continuing with PT and the HEP program and be aggressive with the internal rotator stretches.
- On 10/27/2022, Dr. Langer recommended continuing with the HEP.
- On 12/08/2022, Dr. Hemi recommended returning to the office as needed.
- On 12/14/2022, Dr. Langer recommended focusing on rotator cuff strengthening.
- On 02/16/2023, Dr. Langer recommended repeating the right shoulder MRI.
- On 03/02/2023, Dr. Langer recommended a right shoulder arthroscopy with rotator cuff repair, revision subacromial decompression, possible revision lysis of adhesions, possible chondroplasty, and possible debridement.
- On 04/12/2023, Dr. Langer recommended continuing use of the abduction sling and continuing with the HEP.
- On 04/26/2023, Dr. Langer recommended discontinuing the sling and to begin PT.
- On 08/17/2023, Dr. Ferrell recommended extending PT with focus on rotator cuff strength and obtaining an MRI.
- On 09/21/2023, Dr. Ferrell recommended proceeding with a shoulder revision.
- On 11/15/2023, Dr. Ferrell recommended delaying PT for a month and prescribed Hydromorphone for pain control.
- On 12/20/2023, Dr. Ferrell recommended continuing with PT.

- On 02/01/2024, Dr. Ferrell recommended continuing with PT.
- On 02/29/2024, Dr. Ferrell recommended a right shoulder cortisone injection and to resume PT once the pain calmed down.
- On 04/10/2024, Dr. Ferrell recommended a right reverse total shoulder arthroplasty.
- On 05/08/2024, Dr. Ferrell recommended starting Ibuprofen and beginning PT.
- On 06/12/2024, Dr. Ferrell renewed the medications and recommended continuing PT.
- On 08/02/2024, Dr. Ferrell recommended a 3-phase bone scan.
- On 10/11/2024, Dr. Ferrell recommended using a sling for a month to rest the shoulder.
- On 11/11/2024, a letter was forwarded to Dr. Ferrell in an effort to collaborate regarding Ms. Mickle's future care.  Attempts to connect with the provider were unsuccessful at the submission of this Life Care Plan.

# RESEARCH / LIBRARY

## CHRONIC PAIN

- Assessment and Management of Chronic Pain. Institute for Clinical Systems Improvement, Fourth Edition, November 2009.
- Angeli, N. and Haley, J. (2013). Chronic Pain Syndrome and Evidence-Based Treatment.
- Duhigg, D. (2015). Depression & Chronic Pain. 23rd Annual Health Provider Retreat.
- Edwards, R., Dworkin, R., Sullivan, M., et al. The Role of Psychosocial Processes in the Development and Maintenance of Chronic Pain Disorders. Journal of Pain, September 2016, 17: 70-92.
- Han, C. and Pae, C. Pain and Depression: A Neurobiological Perspective of Their Relationship. Psychiatry Investigation, 2015: 12(1):1-8.
- Jamie, J., Kim, J., Jeong, H., Kyoung, J., et al. Prefrontal White Matter Abnormalities Associated with Pain Catastrophizing in Patients with Complex Regional Pain Syndrome. Archives of Physical Medicine and Rehabilitation, 2021; 102:216-24.
- Pain Management and Pain Rehabilitation Coverage Summary (2021). United Healthcare.
- Reid, M., Eccleston, C., and Pillemer, K. Management of Chronic Pain in Older Adults. British Medical Journal, 2015; 350:h532.
- Rekatsina, M., Paladini, A., Piroli., A, et al. Pathophysiologic Approach to Pain Therapy for Complex Pain Entities: A Narrative Review. Pain Therapy (2020) 9:7-21.

## SPINE

- Ghiselli, G., Wang, J., Bhatia, N., Hsu, W., Dawson, E. Adjacent Segment Degeneration in the Lumbar Spine. Journal of Bone and Joint Surgery, 2004, 86(7): 1497-1503.
- Hilibrand, A., Carlson, G., Palumbo, M., et al. Radiculopathy and Myelopathy at Segments Adjacent to

the Site of Previous Anterior Cervical Arthrodesis. Journal of Bone and Joint Surgery, 1999, 81: 519-528.

- Suri, P., Saunders, K., and Von Korff, M. Prevalence and Characteristics of Flare-ups of Chronic Non-specific Back Pain in Primary Care: A Telephone Survey. Clinical Journal of Pain, September 2021; 28(7): 573-580.

## INJECTIONS

- Ablative Treatment for Spinal Pain. United Healthcare (2021).
- Bicket, M., Gupta., A, Brown, C., et al. Epidural Injections for Spinal Pain. Anesthesiology 2013; 119:907-31.
- Clinical Appropriateness Guidelines: Musculoskeletal Program. AIM Specialty Health (2021).
- Clinical Appropriateness Guidelines: Musculoskeletal Program / Interventional Pain Management. AIM Specialty Health (2018).
- Conger, A., Burnham, T., Clark, T., et al. The Effectiveness of Intraosseous Basivertebral Nerve Radiofrequency Ablation for the Treatment of Vertebrogenic Low Back Pain: An Updated Systematic Review with Single-Arm Meta-analysis. Pain Medicine, 2022; 23(S2), S50-S62.
- Conger, A., Smuck, M., Truumees, E., et al. Vertebrogenic Pain: A Paradigm Shift in Diagnosis and Treatment of Axial Low Back Pain. Pain Medicine (2022) 23 (S2), S63-S71.
- Epidural Steroid and Facet Injections for Spinal Pain. United Healthcare (2021).
- Epidural Steroid Injections for Chronic Back Pain. Molina Healthcare (2014).
- Interventional Pain Management Services: Clinical Guidelines. EviCore Healthcare (2018).
- Local Coverage Determination: Lumbar Epidural Injections. Centers for Medicare & Medicaid Services (2015).
- Local Coverage Determination: Trigger Point Injections. Centers for Medicare & Medicaid Services (2017).
- Local Coverage Determination: Pain Management. Centers for Medicare & Medicaid Services (2012).
- Local Coverage Determination: Facet Joint Injections, Medial Branch Blocks, and Facet Joint Radiofrequency Neurotomy. Centers for Medicare & Medicaid Services (2021).
- Mattie, R., Schneider, B., Smith, C., et al. Frequency of Epidural Steroid Injections. Spine Intervention Society (2020).
- McCormick, Z., Marshall, B., Walker, J., et al. Long-Term Function, Pain and Medication Use Outcomes of Radiofrequency Ablation for Lumbar Facet Syndrome. International Journal of Anesthesia, 2015: 2(2).
- Pain Management Injection Therapies for Low Back Pain. Pacific Northwest Evidence-Based Practice Center (2015).
- Pain Management Injection Therapies for Low Back Pain. Department of Health & Human Services (2015).

# CONCLUSION

Recommendations of future care and costs are shared in the Life Care Plan grids below. It is anticipated Ms. Mickle will have ongoing symptoms and residual disabilities necessitating care throughout her life. The recommendations in the Life Care Plan tables are to manage Ms. Mickle's symptoms, reduce complications, promote functioning, and maximize the quality of life.

Per the National Vital Statistics Report (Vol. 72, No. 12, November 7, 2023, Table 1-Total Population), the average life expectancy of a 56-year-old is 26.0 (rounded to 26) additional years. A life expectancy of 26 additional years was used in determining the frequency and cost of Ms. Mickle's needs.

It was a pleasure to assist with Ms. Mickle's case.

11/25/24

*Pallavi Cherukupally MD,LCP-C*

Pallavi Cherukupally, MD, LCP-C
Physician Certified Life Care Planner

# LIFE CARE PLAN GRIDS

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| **VISITS / CONSULTS** | | | | | | |
| Visits, Pain Management | 26 years | Every 1-5 years (Allow 8) | **$231.96** | **8** | **$1,855.68** | Otho Sport and Spine Physicians (12/08/2022) |
| Visits, Orthopedist | 26 years | Every 1-5 months for first year, then every 3-9 months for next 2 years, then yearly (Allow 31) | **$382.45** | **31** | **$11,855.95** | Otho Sport and Spine Physicians (10/11/2024) |
| **PROCEDURES / SURGERY** | | | | | | |
| Shoulder Replacement/Revision Surgery *(All inclusive - physician, anesthesia, facility, medications, follow-up, diagnostics, lab work, rehab, DME, and home care)* | 26 years | Once | **$113,893.54** | **1** | **$113,893.54** | Median Cost Research |
| Cervical Injections (Facet Joint) (3 levels bilateral - C4-C5, C5-C5, C6-C7) *(Includes physician, anesthesia/medication, and facility charges)* | 26 years | Every 1-5 years (Allow 8) | **$16,080.50** | **8** | **$128,644.00** | Median Cost Research |

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| Lumbar Injections (RFA)<br>(3 levels bilateral - L3-L4, L4-L5, L5-S1)<br>*(Includes physician, anesthesia/medication, and facility charges)* | 26 years | Every 1-5 years<br>(Allow 8) | **$26,760.46** | **8** | **$214,083.68** | Median Cost Research |
| **THERAPIES** | | | | | | |
| Physical Therapy Evaluation | 26 years | Every 3-7 years<br>(Allow 5) | **$270.00** | **5** | **$1,350.00** | Atlanta Rehab and Performance Center (05/17/2024) |
| Physical Therapy Sessions | 26 years | 12 sessions per evaluation<br>(60 total) | **$479.20** | **60** | **$28,752.00** | Atlanta Rehab and Performance Center (08/01/2024) |
| Chiropractic Sessions | 26 years | 10-30 over LE<br>(Allow 20) | **$242.32** | **20** | **$4,846.40** | Practice Management Information Corporation (PMIC) |
| Therapeutic Counseling | 26 years | 10-30 over LE<br>(Allow 20) | **$225.01** | **20** | **$4,500.20** | Physician Fee Reference (PFR) |
| **DIAGNOSTIC STUDIES / LAB WORK** | | | | | | |
| MRI, Cervical Spine (without contrast) | 26 years | Every 5-15 years<br>(Allow 2) | **$2,327.76** | **2** | **$4,655.52** | PMIC |
| MRI, Lumbar spine (without contrast) | 26 years | Every 5-15 years<br>(Allow 2) | **$2,291.51** | **2** | **$4,583.02** | PFR |
| X-rays, Shoulder | 26 years | Every 3-7 years<br>(Allow 5) | **$277.00** | **5** | **$1,385.00** | Ortho Sport and Spine Physicians (04/23/2024) |

Umukija Mickle - Life Care Plan
© 2024, LCPpro®, LLC

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| MRI, Upper Extremity Joint (without contrast) | 26 years | Every 5-15 years (Allow 2) | $2,146.42 | 2 | $4,292.84 | Ortho Sport and Spine Physicians (03/05/2024) |
| General Health Panel (Includes CMP & CBC) | 26 years | Yearly (excludes routine health maintenance) | $116.04 | 26 | $3,017.04 | PFR |
| Specimen Handling Fee | 26 years | Yearly (excludes routine health maintenance) | $20.99 | 26 | $545.74 | PMIC |
| Urine Drug Screen | 26 years | Every 3-9 months | $207.02 | 52 | $10,765.04 | PMIC |
| **MEDICATIONS (*Generic)** | | | | | | |
| Oxycodone* 10mg/325mg 1-Tab 3 times a day | 26 years | Monthly (#90) | $213.74 | 312 | $66,686.88 | Walgreens |
| **DURABLE MEDICAL EQUIPMENT** | | | | | | |
| TENS unit | 26 years | Monthly | $449.00 | 312 | $140,088.00 | Zynex Medical (09/17/2023) |
| TENS unit supplies (batteries, leads, pads, etc.) (10% of purchase price) | 26 years | Monthly | $217.98 | 312 | $68,009.76 | Zynex Medical (09/16/2023) |
| Lumbar support brace | 26 years | Every 3-7 years (Allow 5) | $289.60 | 5 | $1,448.00 | Vitality Medical |
| Shoulder sling | 26 years | Every 3-7 years (Allow 5) | $64.69 | 5 | $323.45 | Otho Sport and Spine Physicians (10/11/2024) |
| Ice packs | 26 years | Every 3-7 years (Allow 5) | $16.75 | 5 | $83.75 | Walmart |

| FUTURE CARE NEEDS | DURATION (BEGIN / END) | FREQUENCY / REPLACEMENT | COST | FREQ | TOTAL | COST RESOURCE |
|---|---|---|---|---|---|---|
| Cane | 26 years | Every 3-7 years (Allow 5) | $38.82 | 5 | $194.10 | Walmart |
| **ACTIVITIES OF DAILY LIVING** | | | | | | |
| House Cleaning | 26 years | Monthly allowance ($100-$300) | $200.00 | 312 | $62,400.00 | Homeguide |
| Yard Maintenance | 26 years | Allowance every other month | $60.00 | 156 | $9,360.00 | Ms. Mickle |
| Personal Attendant Care *(to assist with ADLs: hair care, bathing, dressing )* | 26 years | 10 - 30 hours per week (Allow 20 hours) | $400.00 | 1352 | $540,800.00 | Genworth |
| | | | **TOTAL** | | **$2,038,351.15** | |

A trial of injection therapy has been recommended and considered in the above tables.  Injection therapy can provide short-term or long-term relief of symptoms.  If injection therapy provides relief and the symptoms then return, injections can be repeated on an ongoing basis throughout the client's life expectancy.  The average cost range of injection therapy is $2,500 - $20,000 per injection.

# Pallavi R. Cherukupally, MD, LCP-C

3101 Cobb Pkwy SE Suite 124
Atlanta, GA 30339

## CREDENTIALS

### LICENSES

Diplomate of the American Board of Physical Medicine and Rehabilitation, 2003
Recertification of AAPMR Boards, 2023
State of Georgia License #57788, 2006-present
State of Hawaii License #MD-13359, 2005-present
State of Florida License ME127634, 2017-present

### CERTIFICATIONS

**Certified Health Professional Life Care Planner** – Certified by Universal Life Care Planner Certification Board (2024)
**Life Care Planning – Certified (LCP-C)** – FIG Services, Inc. (2023 - present)
**American Board of Anesthesiology – Pain Medicine** – 9/2014: (Currently meeting MOCA requirements)
**American Board of Anesthesiology – Anesthesiology** - 4/2014: (Currently meeting MOCA requirements)
**ACLS and BLS** – 6/2014 (both currently valid)
**PADI Rescue Scuba Diver** – 4/2010 (currently valid)



EXHIBIT
B

# EDUCATION

**University of Illinois Chicago**                                **Chicago, IL**
*Doctorate of Medicine*                                            *1994-1998*

**Emory University**                                          **Atlanta, Georgia**
*Bachelor of Science - Biology*                                   *1990-1994*

**Portner Orthopedic Rehab**                                   **Honolulu, HI**
*Fellowship - Interventional Spine and Sports Medicine*           *2005-2006*

**Schwab Rehabilitation Hospital**                              **Chicago, IL**
*Resident, Physical Medicine and Rehabilitation, University of Chicago Program*           *1999-2002*

**Saint Joseph Hospital**                                       **Chicago, IL**
*Internship - Internal Medicine*                                  *1998-1999*

---

# EXPERIENCE

**Schwab/UOC Rehabilitation Program**                           **Chicago, IL**
*Staff Physician*                                                 *2002-2004*

**Resurgens Orthopedics**                                       **Atlanta, GA**
*Partner*                                                         *2006-2014*

**Spine Center Atlanta**                                        **Atlanta, GA**
*Staff Physician*                                                 *2014-2016*

**Regenerative Sport Spine and Spa**                            **Orlando, FL**
*Staff Physician*                                                 *2017-2023*

---

# MEMBERSHIPS

- American Academy of Physical Medicine and Rehabilitation (AAPMR)
- Spine Intervention Society (SIS)

---

## PUBLICATIONS/PRESENTATIONS

1. Abstract: White K, Dhand U, Cherukupally P.  Amplitude for detecting early motor changes in Carpal Tunnel Syndrome.  AAEM Toronto 2002
2. Research project: Dhand U, Cherukupally P, White K, Freeman J, Carpal Tunnel-like symptoms in the presence of negative electrodiagnostic studies may be secondary to migraine headaches.
3. Pending research project:  The efficacy of Amniotic Stem Cell injections into injured discs

---

## HONORS & AWARDS

- Voted Atlanta Top Doc, 2013, 2015, 2016, 2017
- Voted Orlando Top Doc, 2017, 2018, 2019, 2020, 2022