IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UMUKIJA MICKLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WALMART STORES EAST, LP, ) <br> JOHN DOES #1-3, and XYZ ) <br> CORPS, 1-3, ) <br> ) <br> Defendants. ) | Civil Action File <br> No.: 1:24-cv-00183-MHC |

## [PROPSED] SCHEDULING ORDER

Having come before the Court on the parties' discovery dispute regarding Plaintiff's disclosure of Dr. Pallavi Cherukupally, an expert in the field of life care planning, and for good cause shown, the Court hereby extends discovery in the above-styled case for a period of ninety (90) days for the limited purpose of allowing the parties to conduct discovery related to Plaintiff's disclosure of Dr. Cherukupally, and enters the following Scheduling Order:

| **EVENT** | **DATE** |
|---|---|
| Deadline to depose Dr. Cherukupally | May 5, 2025 |
| Deadline for disclosure of rebuttal expert to Dr. Cherukupally (disclosure to include 3 dates the rebuttal expert may be deposed before the close of discovery) | May 15, 2025 |
| Deadline to depose Plaintiff (limited to issues related to Plaintiff's disclosure of Dr. Cherukupally) | June 3, 2025 |
| Close of discovery | July 3, 2025 |
| Deadline to file dispositive/*Daubert* Motions OR the Consolidated Pre-Trial Order<br><br>(If dispositive/*Daubert* Motions are filed, the deadline to submit the Consolidated Pre-Trial Order shall be 30 days after entry of the Court's ruling on said Motion(s)) | August 4, 2025 |

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____
MARK H. COHEN
United States District Judge